**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Mayen,<br><br>             Plaintiff,<br><br>v.<br><br>New Penn Financial, LLC<br>dba Shellpoint Mortgage Servicing<br><br>             Defendants. | Case No. 3:17-CV-0050-JLS-MDO<br>Assigned to the Hon. Janis L. Sammartino<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:    January 11, 2017<br>Current Deadline:  March 13, 2017<br>New Deadline:       March 17, 2017 |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pro per plaintiff Julio Mayen and defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) hereby stipulate as follows:

**WHEREAS,** Mr. Mayen filed his complaint on January 11, 2017;

**WHEREAS,** Shellpoint's deadline to respond to the complaint was March 13, 2017;

**WHEREAS,** the parties agree a brief five day extension of Shellpoint's deadline to respond to the complaint is appropriate to further explore potential resolution;

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1    **NOW THEREFORE**, the parties stipulate Shellpoint shall have until March

2   17, 2017 to respond to Mr. Mayen's complaint.

3    **IT IS SO STIPULATED.**

4   Dated: March 13, 2017                      **AKERMAN LLP**

5

6                                              By:_____/s/ Parisa Jassim_____
                                                       Parisa Jassim
7                                              Attorneys for Defendant

8

9   Dated: March 13, 2017                      **JULIO MAYEN**

10

11                                             By:_/s/ Julio Mayen _____
                                                      Julio Mayen
12                                             Plaintiff in Pro Per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.

On **March 13, 2017**, I served the following document(s) described as:

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

JULIO MAYEN
15335 Castle Peak Lane
Jamul, California 91935
*Pro Se Plaintiff*

☒   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☒   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

1

2          Executed on  **March 13, 2017**, at Los Angeles, California.

3

4          _____          _____
           Helen Serrano-Port                            (Signature)
5          (Type or print name)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28