# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JULIO MAYEN,<br><br>                            Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>                            Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 4) |
|---|---|

Presently before the Court is the parties' stipulated Motion to Extend Time to Respond to Complaint. (ECF No. 4.) Defendant's response to Plaintiff's Complaint was due on March 13, 2017, but the parties stipulate that Defendant should have five more days to respond to the Complaint. Good cause appearing, the Court **GRANTS** the parties' stipulated Motion. Accordingly, Defendant **SHALL** file an answer or otherwise respond to Plaintiff's Complaint on or before March 17, 2017.

**IT IS SO ORDERED.**

Dated: March 15, 2017

Hon. Janis L. Sammartino
United States District Judge