**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>     Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>     Defendants | Case No. 3:17-CV-0050-JLS-MDO<br>Assigned to the Hon. Janis L. Sammartino<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR FOR A MORE DEFINITE STATEMENT**<br><br><u>Documents Filed Herewith</u><br>1. Memorandum of Points & Authorities<br>2. Request for Judicial Notice<br>3. Proof of Service<br><br>Hearing Date:<br>Date:   May 25, 2017<br>Time:   1:30 p.m.<br>Crtrm.: 4D<br><br>Complaint Filed:   January 11, 2017<br>Trial Date:             None |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** on May 25, 2017 at 1:30 p.m., or as soon thereafter as may be heard, in Courtroom 4D of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) will, and hereby does, move to dismiss plaintiff Julio Mayen's complaint or for a more definite statement.

1  This motion is made pursuant to Federal Rules of Civil Procedure 8, 12(b)(6)
2  and 12(e) on the grounds the complaint fails to provide fair notice of the claims
3  asserted, fails to state a claim upon which relief may be granted, and, in its entirety, is
4  so vague and ambiguous Shellpoint cannot reasonably prepare a response. This motion
5  is based on the this notice, the attached memorandum of points and authorities, and
6  arguments as may be presented at or before the hearing.

8  Dated: March 17, 2017                             Respectfully submitted,
9                                                    **AKERMAN LLP**

11                                                   By: */s/ Parisa Jassim*
12                                                        Preston K. Ascherin
                                                          Parisa Jassim
13                                                   Attorneys for Defendant
                                                     NEW PENN FINANCIAL, LLC
14                                                   dba SHELLPOINT MORTGAGE
                                                     SERVICING

**AKERMAN LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{41173362;1}

**NOTICE OF MOTION TO DISMISS COMPLAINT OR FOR A MORE DEFINITIVE STATEMENT**