AKERMAN LLP
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>            Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORtTGAGE SERVICING,<br><br>            Defendants. | Case No. 3:17-cv-00050 JLS MDD<br>Assigned to the Hon. Janis L. Sammartino<br><br>**NOTICE OF CHANGE OF ADDRESS FOR AKERMAN'S LOS ANGELES OFFICE**<br><br>Complaint filed:   January 11, 2017<br>Trial:                    None |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as of June 2, 2017, the Los Angeles office of Akerman LLP has moved.  Please update your records and proofs of service to reflect Akerman LLP's current address:

Preston K. Ascherin
preston.ascherin@akerman.com
Parisa Jassim
parisa.jassim@akerman.com
Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 688-9500
Facsimile:   (213) 627-6342

{41813925;1}                                        1                    CASE NO. 3:17-cv-00050-JLS-MDD
NOTICE OF CHANGE OF ADDRESS FOR AKERMAN'S LOS ANGELES OFFICE

| | |
|---|---|
| Dated: May 26, 2017 | Respectfully submitted,<br><br>**AKERMAN LLP**<br><br>By: */s/ Parisa Jassim*<br>    Preston K. Ascherin<br>    Parisa Jassim<br>Attorneys for Defendant<br>NEW PENN FINANCIAL, LLC<br>dba SHELLPOINT MORTGAGE SERVICING |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.

On May 26, 2017, I served the following documents

**NOTICE OF CHANGE OF ADDRESS FOR AKERMAN'S LOS ANGELES OFFICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Julio Mayen<br>5335 Castle Peak Lane<br>Jamul, CA 91935 | Tel: 619.937.2307<br>Fax:<br>email:<br>mailto:jgersh@gershlegal.com ekultan@gmail.com | *Plaintiff in Pro Per* |

☒ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 26, 2017, at Los Angeles, California.

_____
Helen E. Serrano-Port
(Type or print name)

*(Signature)*