1 Julio Mayen
2 15335 Castle Peak Lane
  Jamul, CA 91935
3 (619) 937-2307



**FILED**
Aug 30 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ markl     DEPUTY

NUNC PRO TUNC
8/29/2017

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN<br><br>*Plaintiff,*<br><br>vs.<br><br>**New Penn Financial, LLC, dba**<br><br>**Shellpoint Mortgage Servicing**<br><br>*Defendant* | CASE: 3:17-cv-00050-JLS-MDD<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO SUBMIT FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  January 11, 2017<br>Current Deadline: August 30, 2017<br>New Deadline:      September 20, 2017<br><br>**TRIAL BY JURY DEMANDED** |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that plaintiff Julio Mayen and defendant New Penn Financial, LLC., (dba) Shellpoint Mortgage Servicing (**Shellpoint**) hereby stipulate as follows:

   **WHEREAS,** The court ruled on defendants 12(b)(6) Motion to dismiss Plaintiff's FDCPA and ROSENTHAL claims on August 16, 2017;

   **WHEREAS,** Plaintiff's deadline to respond with a first amended complaint was August 30, 2017;

**WHEREAS**, the parties agree to a 21 day extension of Plaintiff's deadline to respond to the court's August 16, 2017 order allowing Plaintiff leave to amend his complaint.

**NOW THEREFORE**, the parties stipulate that Plaintiff shall have until September 20, 2017 to respond to the court's August 16, 2017 order.

**IT IS SO STIPULATED.**

Dated: August 29, 2017

**JULIO MAYEN**

By: *[signature]*
By: Julio Mayen, Plaintiff

Dated: August 29, 2017

**AKERMAN LLP**

By: ____/s/Preston Ascherin____
Preston Ascherin
Attorneys for Defendant

**Proof of Service**

I CERTIFY THAT I HAVE SERVED A COPY OF PLAINTIFF'S STIPULATION TO EXTEND TIME TO SUBMIT FIRST AMENDED COMPLAINT ON AUGUST 29, 2017 BY FIRST CLASS MAIL TO:

**AKERMAN LLP**

PRESTON K. ASCHERIN (SBN 260361)

Email: preston.ascherin@akerman.com

PARISA JASSIM (SBN 273915)

Email: parisa.jassim@akerman.com

601 West Fifth Street, Suite 300
Los Angeles, California 90071

Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

By: Julio Mayen, Plaintiff
15335 Castle Peak Lane
Jamul, CA 91935