UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 13) |

Presently before the Court is the parties' Stipulation to Extend Time for Plaintiff to Submit First Amended Complaint. (ECF No. 13.) Plaintiff's deadline to file a first amended complaint was August 30, 2017, but the parties jointly request for this deadline to be extended to September 20, 2017. (*See generally id.*) Given that Plaintiff is proceeding pro se, and that this is a joint stipulation, the Court **GRANTS** the parties' Joint Motion (ECF No. 13). Accordingly, Plaintiff **SHALL FILE** his first amended complaint on or before September 20, 2017.

**IT IS SO ORDERED.**

Dated: September 1, 2017

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge