

1  Julio Mayen
2  15335 Castle Peak Lane
   Jamul, CA 91935
3  ekultan@gmail.com
4  (619) 937-2307

# District court of the United States
## at the Southern district of California

| | |
|---|---|
| **Julio Mayen,**<br>*Plaintiff*<br><br>vs.<br><br>**New Penn Financial, LLC**<br>**dba Shellpoint Mortgage Servicing**<br>*Defendant* | **Case No. 3:17-CV-0050-JLS-MDD**<br><br>**First Amended Verified Complaint**<br>**for Damages**<br><br>**Trial by Jury Demanded** |

## <u>NATURE OF THIS CLAIM/COMPLAINT</u>

1.  The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, *15 USC 1692 et seq.* (FDCPA), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection

1  practices are not competitively disadvantaged, and to promote consistent
2  State action to protect consumers against debt collection abuses.

3  **2.**  The California legislature has determined that the banking and credit system
4  and grantors of credit to consumers are dependent upon the collection of just
5  and owing debts and that unfair or deceptive collection practices undermine
6  the public confidence that is essential to the continued functioning of
7  the banking and credit system and sound extensions of credit to consumers.
8  The Legislature has further determined that there is a need to ensure
9  that debt collectors exercise this responsibility with fairness, honesty
10  and due regard for the debtor's rights and that debt collectors must be
11  prohibited  from engaging in unfair or deceptive acts or practices.
12  The California legislature wrote The Rosenthal Fair Debt Collections Act,
13  *California Civil Code (CCC) 1788, et seq.* (Rosenthal Act).

14  **3.**  This Claim for Damages is brought by an individual Plaintiff against the
15  Defendant for actual and statutory damages, costs and attorney's fees
16  pursuant to the FDCPA and the Rosenthal Act as a result of Defendant's
17  conduct in the collection of an alleged consumer debt in default for over 4
18  and a half years prior to being assigned to Defendant for collection.

19  **4.**  Plaintiff seeks to recover monetary damages and any other relief for
20  Defendant's violations of the FDCPA and the Rosenthal Act.

21
22  **JURISDICTION AND VENUE**

23  **5.**  This court has jurisdiction pursuant to Article 3 of the Constitution, *15 USC*
24  *1692(k)d, 28 USC 1331and CCC 1788.30f.*

25  **6.**  All conditions precedent to the bringing of this action have been performed.

26  **7.**  Plaintiff resides in San Diego County, California.  Defendant's conduct
27  causing this claim occurred in San Diego County, California.

28  **8.**  Venue is proper in the southern district of California.

## PARTIES & DEFINITIONS

9. The Plaintiff in this lawsuit is Julio Mayen, a natural person residing in San Diego County, California and is therefore a **person** as defined by *CCC 1788.2(g)* of the Rosenthal Act.

10. Plaintiff is a natural person allegedly obligated to pay an alleged debt to Defendant, therefore, Plaintiff is a **consumer** as defined by *15 USC 1692(a)3*.

11. Defendant seeks collection of an alleged obligation of a consumer to pay money arising out of an alleged transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes. As such, this is an alleged **debt** as defined by *15 USC 1692a(5)*. Furthermore, Defendant seeks money, property or their equivalent which is alleged to be due or owing from a natural person, the Plaintiff, to another person(s), the Defendant. As such, this is an alleged **debt** as defined by *CCC 1788.2(d)*.

12. Defendant seeks money, property or their equivalent which is alleged to be due or owing from a natural person, the Plaintiff, by reason of an alleged consumer credit transaction. As such, this is an alleged **consumer debt** as defined by *CCC 1788.2(e)*.

13. Plaintiff is a natural person whom Defendants seek to collect an alleged consumer debt which is alleged to be due and owing to Defendant, therefore, Plaintiff is an alleged **debtor** as defined by *CCC 1788.2(h)*.

14. Defendant New Penn Financial, LLC, dba Shellpoint Mortgage Servicing (Shellpoint), is located at 75 Beattie Pl., #300, Greenville, SC 29601 and at all times relevant to this action, has been doing business in and under the laws of California and the laws of the United States. Shellpoint is a properly licensed dba of New Penn Financial, a limited liability company; a corporation. As such, they are a **person** as defined by *CCC 1788.2(g)*.

15. Shellpoint allegedly collects debts via the mail on behalf of *BANK OF NEW YORK AS TRUSTEE FOR CWMBS 2005-07*, a Real Estate Mortgage Investment Conduit (REMIC). As such, Shellpoint uses any instrumentality of interstate commerce or the mails in a business, the principle purpose of which is the collection of debts and who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Therefore, Shellpoint is a **debt collector** as defined by *15 USC 1692a(6)*. Furthermore, Shellpoint, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection. Therefore, Shellpoint is a **debt collector** as defined by *CCC 1788.2(c)*.

16. Loan Servicer's are governed by the Pooling and Servicing Agreement (PSA) as provided to the Securities and Exchange Commission (SEC) by the filing and creation of the REMIC's Prospectus, as well as the CFPB. In keeping with their business model, Shellpoint acquires or purchases defaulted consumer debt in the form of servicing rights involving portfolios of defaulted mortgage loans for the purpose of converting a defaulted loan into a performing loan using the Home Affordable Modification Program (HAMP), a federal program under the U.S. Department of the Treasury. Shellpoint acquired the servicing rights of Plaintiff's alleged consumer debt **over four and a half years after** the alleged default and ***never*** engaged in collecting or attempting to collect any debt owed or due or asserted to be owed or due another to the extent such activity..(iii) concerns a debt which was not in default at the time it was obtained by such person. As such, Shellpoint is a **debt collector** as they fail the Loan Servicer exception of *15 USC 1692a(6)F(iii)*.

17. The terms –

A) **Dunning letter**, *an accounting term also used by the CFPB and many courts, means a letter sent to a customer, stating that the customer is overdue in paying an account receivable to the sender.*

B) **Debt validation letter** *means a request from the alleged debtor to the debt collector to provide authenticated, account-level documentation from the original creditor that substantiates the amount owed is correct and valid. Also known as a bill of particulars or a full accounting starting from the time the debt started and showing all debits and credits of the account* **_authenticated by the principal not the agent_**. *Often used in combination with a debt dispute letter to a debt collector.*

## BACKGROUND

18. Plaintiff allegedly obtained a residential home loan from Countrywide Home Loans, Inc. (Countrywide) for which a deed of trust (DOT) was recorded against Plaintiff's real property located at 15335 Castle Peak Lane, Jamul, CA 91935 on or about December 27, 2004 in the amount of $1,088,000.00.

19. On March 1, 2009, Plaintiff allegedly defaulted on the alleged loan.

20. On January 7, 2014, Plaintiff received two letters from Resurgent Capital Services L.P (Resurgent). The first letter was a demand for payment, as shown by Exhibit A-1. The second letter was a letter stating that Resurgent had acquired the servicing rights of Plaintiffs allegedly defaulted loan and demanded payment of $1,178,080.66, as shown by Exhibit A-2.

21. On January 31, 2014, and within 30 days of receipt of defendant's correspondence, Plaintiff sent Resurgent a debt validation letter disputing the amount and validity of the debt, as shown by Exhibit B, **well within the 30 day period to respond from receipt of the letter/notice.**

22. On March 4, 2014, Plaintiff received a letter indicating a merger with Resurgent and Shellpoint Mortgage Servicing, a division of New Penn Financial, LLC (Shellpoint). This letter states the transfer of servicing

1    rights to Shellpoint as well as demanding payment of $1,178,080.66 as
2    shown by Exhibit C.

3  **23.**  On March 31, 2014, and within 30 days of receipt of defendant's
4    correspondence, Plaintiff sent Shellpoint a 2nd Request for Debt Validation
5    letter disputing the amount and validity of the debt as shown by Exhibit D**,**
6    **well within the 30 day period to respond from receipt of the**
7    **letter/notice**.

8  **24.**  In response to Plaintiff's disputes, Shellpoint has provided documents as if
9    Plaintiff had requested a Qualified Written Request (QWR) instead of
10    authenticated, account-level documents substantiating the amount and
11    validity of the debt as shown by Exhibit E.

12

13                     **FACTUAL ALLEGATIONS**

14  **25.**  Defendant, for the past 12 months, has sent Plaintiff seven demands for
15    payment without providing any account-level documentation substantiating
16    the amount of the debt as true and correct, as shown by Exhibits F-1 thru F-
17    7.  As such, Defendant has continued collection activity of a disputed debt.
18    Consequently, Defendant has violated *15 USC 1692g(b*) seven times within
19    the one year statute of limitations.  As this law is incorporated in the
20    Rosenthal Act, Defendant has also violated *CCC 1788.17* seven times**.**

21  **26.**  Defendant, during the course of this law suit, has sent Plaintiff two
22    additional demands for payment without providing any account-level
23    documentation substantiating the amount of the debt as true and correct as
24    shown by Exhibit G-1 and G-2.  As such, Defendant has continued
25    collection activity of a disputed debt while in litigation.  Consequently,
26    Defendant has violated *15 USC 1692g(b*) two additional times.  As this law
27    is incorporated in the Rosenthal Act, Defendant has also violated *CCC*
28    *1788.17* two additional times**.**

27. Defendant has never substantiated the amount of this alleged debt as true and accurate. Furthermore, Defendant's correspondence regarding debt amounts due are very inconsistent and confusing. As such, Defendant has falsely represented the character and amount of this debt. Consequently, Defendant has violated *15 USC 1692e(2)A*. As this law is incorporated in the Rosenthal Act, Defendant has also violated *CCC 1788.17*.

28. Defendant's conduct of multiple violations of Federal and State Laws has and is causing the Plaintiff the following damages:

   a. Personal expenses related to seeking remedy in this proceeding;

   b. Physical injury to Plaintiff resulting in emotional distress, frustration, mental anguish, embarrassment, humiliation and loss of happiness;

   c. A diminished credit score and credit reputation which may hinder Plaintiff's ability to obtain credit or new employment in the future.

## COUNT I OF CLAIM
### Violations of the FDCPA

29. Plaintiff repeats and re-alleges each and every allegation stated above.

30. Defendant's aforementioned acts constitute numerous and multiple knowing and/or willful violations of the FDCPA.

WHEREFORE, Plaintiff prays for relief and judgment as follows:

   a. Adjudging that Defendant willfully violated the FDCPA;

   b. Awarding Plaintiff statutory damages, pursuant to *15 USC 1692k*, of $1,000;

   c. Awarding Plaintiff actual damages of $2,000,000, Attorney's fees, and costs pursuant to *15 USC 1692k(a)(1)*.

   Awarding any injunctive or further relief the court deems proper including, but not limited to the issuance of an injunction against Defendant to cease collection activity until the alleged debt is properly

1      validated

2

3 **COUNT II OF CLAIM**

4 **Violations of the Rosenthal Act**

5 **31.** Plaintiff repeats and re-alleges each and every allegation stated above.

6 **32.** Defendant's aforementioned acts constitute numerous and multiple knowing

7      and/or willful violations of the Rosenthal Act.

8      WHEREFORE, Plaintiff prays for relief and judgment as follows:

9      a. Adjudging that Defendant willfully violated the Rosenthal Act;

10      b. Awarding Plaintiff statutory damages, pursuant to *CCC 1788.30b*, of

11        $1,000;

12      c. Awarding Plaintiff actual damages of $2,000,000, Attorney's fees,

13        and costs pursuant to *CCC 1788.*

14      Awarding any injunctive or further relief the court deems proper

15      including, but not limited to the issuance of an injunction against

16      Defendant to cease collection activity until the alleged debt is properly

17      validated.

18 **Demand for a Trial by Jury**

19 Plaintiff demands a Trial by Jury, pursuant to Article 7 of the Constitution.

20

21      Respectfully submitted,

22      Dated: September 20, 2017

23

24      By: _Julio Mayen_

25      Julio Mayen, Plaintiff

26

27

28

## **VERIFICATION**

The undersigned, for himself declares:

I am the Plaintiff in the above-entitled action. I have read the forgoing complaint and know the contents thereof. With respect to the causes of action alleged by me, the same is true by my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United State of America, that the forgoing is true and correct.

Date: September 20, 2017

By: _Julio Mayen_
      Julio Mayen

1

## **Proof of Service**

2

3    I certify that I have served a copy of:

4      1 – **Plaintiff's First Amended Complaint, with Exhibits, against Defendant**

5    **New Penn Financial, LLC, dba Shellpoint Mortgage Servicing (Shellpoint),** on

6    September 20, 2017 by First Class US Mail to:

7

8

| AKERMAN LLP<br>PRESTON K. ASCHERIN (SBN 260361)<br>Email: preston.ascherin@akerman.com<br>PARISA JASSIM (SBN 273915)<br>Email: parisa.jassim@akerman.com<br>601 West Fifth Street, Suite 300<br>Los Angeles, California 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342 | Attorneys for Defendant<br>New Penn Financial, LLC, dba<br>Shellpoint Mortgage Servicing<br>(Shellpoint) |
|---|---|

9
10
11
12
13
14
15

16

17

18    Julio Mayen

19    15335 Castle Peak Lane

20    Jamul, CA  91935
      ekultan@gmail.com

21

22

23

24

25

26

27

28

Mayen v Shellpoint (First Amended Verified Complaint) - 10

# Exhibit A-1



**MONTHLY STATEMENT**



| LOAN NUMBER | 0515393708 |
|---|---|
| STATEMENT DATE | 12/19/2013 |
| PAYMENT DUE DATE | 3/1/2009 |
| Total Payment(s) Due | $326,307.17 |



**RESURGENT** *Mortgage Servicing*
*A Division of Resurgent Capital Services L.P*

**For Customer Service inquiries, or pay-by-phone, please contact us at 866-316-4706.**
Fax: 866-467-1137 • E-Mail: loanservicing@resurgent.com

| Unpaid Late Charge | Unpaid NSF Fees | Other Unpaid Fees/Charges | Credit(s) | TOTAL DUE |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | **$326,307.17** |

| TRANSACTION DESCRIPTION | TRANSACTION DATE | PRINCIPAL | INTEREST | ESCROW | LATE CHARGES | TRANSACTION AMOUNT |
|---|---|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### YEAR TO DATE SUMMARY

Principal Balance as of 12/19/2013:
$1,178,080.66

Interest Paid Year to Date:
$0.00

Late Charges Paid Year to Date:
$0.00

Escrow Balance:
$-86,143.31

### Interest Rate:
2.625%

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

### IMPORTANT MESSAGES

Welcome to Resurgent Mortgage Servicing, a division of Resurgent Capital Services L.P.. As mentioned in prior correspondence your loan recently transferred to Resurgent for servicing. We look forward to a mutually beneficial relationship. Please contact our office at 866-316-4706 so we can discuss your account, answer any questions you might have, and set up payment arrangements if necessary.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector. If this debt has been discharged in a bankruptcy without a valid reaffirmation, Resurgent is not attempting to collect the debt from you as to your personal liability. Please disregard any contrary provisions contained in this letter. We are solely seeking to protect our rights in the collateral associated with your discharged obligation.

For budget advice and credit counseling assistance please call the Resurgent National Credit Counseling Agency locator line at (800) 340-2371.

Please contact our office if you do not wish to receive monthly statements.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

DETACH AND RETURN WITH YOUR PAYMENT. PLEASE WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER

### PAYMENT COUPON

| | |
|---|---|
| Loan Number: | 0515393708 |
| Monthly Principal & Interest: | $4,673.39 |
| Monthly Escrow: | $857.24 |
| Monthly Payment Amount: | $5,530.63 |
| TOTAL Amount Due: | $326,307.17 |
| Amount Due If Paid on or After 1/17/2014: | $326,540.84 |



**RESURGENT** *Mortgage Servicing*
*A Division of Resurgent Capital Services L.P*
P.O. BOX 1410
TROY, MI 48099-1410
RETURN SERVICE REQUESTED



S-SFRECS20 L-STMT001 A-0515393708 R-17
P3737200201556 - 279909319 I03112

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

Send Payment To:

RESURGENT MORTGAGE SERVICING
P.O. BOX 19006
GREENVILLE, SC 29602-9006

In the near future Resurgent will be able to send you your monthly bill and other important communications by e-mail -- get organized and go green!

E-mail _____@_____

Be assured that no personal or account information will be transferred directly through e-mail.

**Payment Amount : $** [ ][ ][ ] . [ ][ ]

004460101P0400

**Exhibit A-1**

Electronic notifications will be sent to the email address you have provided as your email address. If your email address changes, you are responsible for informing us of that change. Changes to your email will apply to all of your notifications.

You understand and agree that your notifications may be delayed or prevented by a variety of factors. We do our best to provide alerts in a timely manner with accurate information. We neither guarantee the delivery nor the accuracy of the contents of any alert. You also agree that we shall not be liable for any delays, failure to deliver, or misdirected delivery of any alert; for any errors in the content of an alert; or for any actions taken or not taken by you or any third party in reliance of an alert.

Because notifications are not encrypted, we will never include your passcode or full account number. However, notifications may include your name and some information about your accounts. Depending upon which notifications are sent, information such as the last four digits of your loan number, your payment amount or the due date for your payment may be included. Anyone with access to your email will be able to view the contents of these alerts.



# Exhibit A-2

P.O. BOX 1410
TROY, MI 48099-1410
RETURN SERVICE REQUESTED



**RESURGENT**
*Mortgage Servicing*
*A Division of Resurgent Capital Services L.P.*



**Mon - Thurs:** 8:00AM-10:00PM
**Fri:** 8:00AM-10:00PM
**Sat:** 8:00AM-3:00PM

|ᴵⁱⁱⁱⁱⁱ|ⁱ|ᴵⁱ·ᴵ·ᴵ·|ᴵ·|ᴵ·|ᴵ|ᴵᴵⁱⁱⁱⁱ|···ᴵ|ᴵᴵᴵ·ⁱ·|ᴵ·ᴵ·|ⁱⁱ|ᴵ·|ⁱ|ⁱᴵⁱ·
S-SFRECS20  L-10-M A-0515393708 R-1
P37D7L00201141 - 280539588 I03422
JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
**e-Mail:** loanservicing@resurgent.com

Loan Number: **0515393708**

December 24, 2013

RE: 15335 Castle Peak Lane, Jamul, CA 91935

Dear Valued Customer:

We are pleased to advise you that effective 12/19/2013 Bank of America, N.A. has placed your account with Resurgent Mortgage Servicing, a division of Resurgent Capital Services L.P. ("Resurgent") for servicing. To ensure a smooth transfer, please review the following information.

On and after 12/19/2013, your loan payments should be made payable to Resurgent. Your previous servicer will cease to accept any payments it receives after 12/19/2013 and will forward them to Resurgent. If you have any questions of your previous servicer, you may call their Customer Service Department.

Please feel free to call Resurgent if you have any questions concerning your loan or need additional information. You may contact Resurgent at 800-365-7107. Our Customer Service hours are from 8:00am to 6:00pm Eastern Time.

As of the date of this letter, the principal balance is $1,178,080.66. Should you desire to pay off the account in full, you should contact us at 800-365-7107 to determine the payoff balance as interest, payments, credits, fees and/or other permissible charges can continue to cause your account balance to vary from day to day.

Payments should be mailed to:                          Correspondence should be mailed to:
Resurgent Mortgage Servicing                           Resurgent Mortgage Servicing
P.O. Box 19006                                         P.O. Box 10826
Greenville, SC 29602-9006                              Greenville, SC 29603-0826

The assignment, sale, or transfer of the servicing of your loan does not affect any term of the loan instruments other than terms directly related to the servicing of your loan.

You should also be aware of the following information, which is set forth in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C.2605):

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer before its due date may not be treated by Resurgent as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C.2605) gives you certain rights. If you send a qualified written request to your loan servicer concerning the servicing of your loan, your servicer must provide you with written acknowledgement within 5 business days of receipt of your request. A qualified written request is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request.

If you want to send a qualified written request regarding the servicing of your loan, it must be sent to P.O. Box 208 Greenville, SC 29602-0208.

No later than 60 business days after receiving your request, your servicer must make any appropriate adjustments to your account and must provide you with written clarification regarding any dispute. During this 60 business day period, your servicer may not provide information to a consumer rating agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for conducting substantially all of its business functions.

Resurgent will not continue to collect, deduct for, or remit any amounts that your previous servicer was collecting for optional credit health, or life insurance. If you desire to maintain these coverages you will need to contact your local insurance agent to establish there types of optional insurance services.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

02480010280400

**Exhibit A-2**

We assure you it is our intention to handle your account in a manner that will best serve you. We hope that your road to a more financially sound future will be a long, pleasant association.

We may report information about your account to the credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Resurgent Mortgage Servicing
800-365-7107

**Please read the following important notices as they may affect your rights.**

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If this debt was discharged in a bankruptcy without a valid reaffirmation, please understand that Resurgent is not attempting to collect the debt from you personally, but is rather seeking to protect the creditor's right in the associated collateral. Please disregard any contrary provisions contained in this letter and interpret this communication accordingly.

California Residents: As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

A menos que usted nos notifique dentro de los 30 días después de recibir este aviso que usted cuestiona la validez de esta deuda, o cualquier porción de la misma, asumiremos que esta deuda es válida. Si usted nos notifica por escrito dentro de los 30 días después de recibir este aviso que cuestiona la validez de esta deuda, o cualquier porción de la misma, obtendremos la verificación de la deuda u obtendremos la copia de la sentencia y le enviaremos la copia de dicha sentencia o verificación. Si nos lo pide por escrito, dentro de los 30 días después de recibir este aviso, le facilitaremos el nombre y la dirección del acreedor original, si no coincide con el acreedor actual.

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si esta deuda no fue liberada en una quiebra sin una reafirmación válida, entienda que Resurgent no busca cobrar la deuda de usted personalmente, sino que busca proteger los derechos del acreedor en la garantía asociada. Haga caso omiso de las disposiciones contradictorias que se encuentran en esta carta e interprete esta comunicación en consecuencia.

"Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación."

"El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov"



## PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Sherman Companies").  It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P. | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | |

**Information We May Collect**.  The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history;  (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings.  All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information**.  At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account.  We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates**  From time to time, the Sherman Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties**  The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.

024800202C0000



# **<u>Exhibit B</u>**

January 31, 2014

Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935

**RESURGENT MORTGAGE SERVICING**
*(A Division of Resurgent Capital Services, L.P.)*
P.O. Box 10826
Greenville, SC 29603-0826

**USPS Certified Mail No. 7012 3050 0001 8906 4411**

**RE:   ALLEGED ACCT: 0515393708**

## THIS IS A REQUEST FOR VALIDATION

Dear Sir or Madam,

On or about January 7, 2014 I received from Resurgent Mortgage Servicing ("Resurgent"), the following two documents.

1) Monthly Statement dated 12-19-2013 stating that ("Resurgent") **is attempting to collect a debt**.
2) Letter of transfer dated 12-24-2013 stating that ("Resurgent") **is attempting to collect a debt**.

This letter is to affirmatively notice you that I dispute the alleged debt in its entirety and your claim is being disputed. I have no contract, agreement or trust with ("Resurgent"). Please note that this is NOT a Qualified Written Request but rather a request for validation pursuant to the **Fair Debt Collection Practices Act.**

Please be advised that I am not requesting "verification" that you have my mailing address.

I am requesting a **"validation"** that is, competent evidence that I have some contractual obligation to pay you or your alleged client.

Further I am requesting "verification of agency" wherein your firm, practice, or collection agency is in the direct employ of the alleged creditor. Verification of direct agency requires substantiation by the Principal, not the agent.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the **Fair Debt Collection Practices Act** will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney's fees should any arise.

**Exhibit B**

The following are specific concerns that I would like to express, have addressed and answered regarding the content of the foregoing documents especially since I have never heard of ("Resurgent") and I have no contract, agreement or trust with ("Resurgent").

1) I do not recognize the account # as any I have ever had
2) I do not recognize the amount in the "Total Payment(s) Due" box
3) Please provide a complete accounting and itemized breakdown of what constitutes this Total Due
4) There are no Transaction Descriptions in the appropriate box; please explain in detail
5) There are no transaction dates; please explain in detail
6) There are no transaction amounts;  Please explain in detail
7) What is the escrow balance?  Please explain in detail
    a)   How was it calculated?  Please give full accounting and explain in detail
    b)   What exactly does it consist of?  Please give full accounting and explain in detail
8) In the "Important Messages" box on the monthly statement it refers to:
    a)   "prior correspondence"; to what is it referring?  No prior correspondence was received.
    b)   "...your loan recently **transferred** to Resurgent for **Servicing**.";
        i.    Define "transferred" and "servicing" specifically
9) I do not have an account with ("Resurgent") and I have never had a relationship with ("Resurgent") or Bank of America N.A.
10) Are you stating that Bank of America N.A. is the alleged current creditor?
11) Please identify with proof who the alleged original creditor and who the alleged current creditor is if different from the original and provide their contact information as required by the FDCPA.

None of the documents are signed by an individual taking liability for them which make them highly suspicious as fraudulent since anyone could have produced them in this digital day and age then put them in the mail.  I do not trust this scenario and there is nothing here that obligates me to perform.  So unless you can show me a valid contract, agreement or trust as proof that I have to perform, I don't have to deal with you.  At this time I request that your offices provide me with competent evidence that I have any legal obligation to pay you.  Please provide me with the following:

1) What the money you say I owe is for;
2) Explain and show me how you calculated what you say I owe;
3) Provide me with copies of any and all papers that show I agreed to pay what you say I owe;
4) Provide a verification or copy of any judgment if applicable;
5) Identify the original creditor;
6) Identify the current creditor if different than the original creditor;
7) Prove the Statute of Limitations has not expired on this account
8) Show me that you are licensed to collect in my state
9) Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute violations under both Federal and State Laws.  Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act

Resurgent Request for Validation
(Continued)

January 31, 2014
Page 3 of 3

- Violation of the Fair Debt Collection Practices Act
- Defamation of Character

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

Best Regards,

Julio Mayen

# **Exhibit C**

P.O. BOX 1410
TROY, MI 48099-1410
RETURN SERVICE REQUESTED

  

**RESURGENT**
*Mortgage Servicing*
A Division of Resurgent Capital Services L.P

**Shellpoint**
Mortgage Servicing

**Loan Number**
0515393708

**Property Address**
15335 Castle Peak Lane
Jamul, CA 91935

**Owner of your Loan**
BANK OF NEW YORK AS TRUSTEE FOR
CWMBS 2005-07

S-SFRECS20  L-CST-SMS  A-0515393708 R-6
P3C0AC00708230 - 297357310 I16460
JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

2/14/2014

## Notice of Transfer of Servicing

Dear Valued Customer:

Effective March 1, 2014, Resurgent Mortgage Servicing will become part of Shellpoint Mortgage Servicing*, a division of New Penn Financial, LLC. This means the servicing of your mortgage loan is being transferred to Shellpoint Mortgage Servicing. This change does not affect any term or condition of the mortgage instruments, other than the terms directly related to the servicing of your loan.

**This change does not impact your mortgage.** There will be little or no impact to you as a result of this transfer. The phone number and mailing addresses you use to contact Resurgent will be the same with Shellpoint. Your loan number will remain the same as will the address you use for payments or correspondence. However, Shellpoint will collect your payments going forward. Shellpoint will start accepting payments received from you on 3/1/2014. If you have any questions about your mortgage loan or this transfer, our contact information is listed below.

- Customer Care Department Phone: (800) 365-7107
- Fax: (866) 467-1137
- Email: loanservicing@shellpointmtg.com
- Website: www.shellpointmtg.com
- Hours of Operation:  Monday - Friday / 8am - 10pm EST
  Saturday / 8am - 3pm EST

SEND WRITTEN INQUIRIES TO                SEND PAYMENTS TO
Shellpoint Mortgage Servicing            Shellpoint Mortgage Servicing
P.O. Box 10826                           P.O. Box 19006
Greenville, SC  29603-0826               Greenville, SC  29602-9006

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed upon you.

**Key points to remember**
- Your loan number is 0515393708, our records indicate that as of 2/14/2014 this loan has an unpaid principal balance of $1,178,080.66, and is due for the 3/1/2009 installment
- If you use online bill pay, please be sure to update your bill pay service with Shellpoint's name and mailing address
- If you are on ACH Draft (autopay) that information will transfer to Shellpoint
- This servicing transfer only affects this loan, it does not affect your other loans you may have with Resurgent

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número (800) 365-7107.

*Best Regards,*

*Resurgent Mortgage Servicing and Shellpoint Mortgage Servicing*

### SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.

P I000001  A-0515393708 355250101J0400

**Exhibit C**

**Please read the following important notices as they may affect your rights.**

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If this debt was discharged in a bankruptcy without a valid reaffirmation, please understand that Resurgent is not attempting to collect the debt from you personally, but is rather seeking to protect the creditor's right in the associated collateral.  Please disregard any contrary provisions contained in this letter and interpret this communication accordingly.

California Residents: As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

A menos que usted nos notifique dentro de los 30 días después de recibir este aviso que usted cuestiona la validez de esta deuda, o cualquier porción de la misma, asumiremos que esta deuda es válida. Si usted nos notifica por escrito dentro de los 30 días después de recibir este aviso que cuestiona la validez de esta deuda, o cualquier porción de la misma, obtendremos la verificación de la deuda u obtendremos la copia de la sentencia y le enviaremos la copia de dicha sentencia o verificación. Si nos lo pide por escrito, dentro de los 30 días después de recibir este aviso, le facilitaremos el nombre y la dirección del acreedor original, si no coincide con el acreedor actual.

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si esta deuda no fue liberada en una quiebra sin una reafirmación válida, entienda que Resurgent no busca cobrar la deuda de usted personalmente, sino que busca proteger los derechos del acreedor en la garantía asociada. Haga caso omiso de las disposiciones contradictorias que se encuentran en esta carta e interprete esta comunicación en consecuencia.

"Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación."

"El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov"



# **Exhibit D**

March 31, 2014

Julio Mayen
15335 Castle Peak Lane
Jamul, CA  91935

**RESURGENT MORTGAGE SERVICING / SHELLPOINT MORTGAGE SERVICING**
*(A Division of New Penn Financial, LLC.)*
P.O. Box 10826
Greenville, SC  29603-0826

**USPS Certified Mail No.** 7011 1570 0000 1465 0785

**RE:**    **ALLEGED ACCT: 0515393708**

## THIS IS A 2ⁿᵈ REQUEST FOR VALIDATION

Dear Sir or Madam,

On or about March 4, 2014 I received a Notice of Transfer of Servicing dated February 14, 2014 stating that the servicing of the above mentioned un-validated alleged account would be getting transferred to Shellpoint Mortgage Servicing, a division of New Penn Financial, LLC.  This notice also states that ("Resurgent") and / or ("Shellpoint") are attempting to collect a debt.  On January 31, 2014 I responded to the following documents sent by Resurgent Mortgage Servicing by submitting a debt validation request letter disputing this alleged account.

1) Monthly Statement dated 12-19-2013 stating that ("Resurgent") **is attempting to collect a debt.**
2) Letter of transfer dated 12-24-2013 stating that ("Resurgent") **is attempting to collect a debt.**

To date I have not received a response to my request for validation.  Instead I received the Notice of Transfer of Servicing mentioned above to which I am responding in the same manner, disputing the account specifically and completely.

This letter is to affirmatively notice you that I dispute the alleged debt in its entirety and your claim is being disputed.  I have no contract, agreement or trust with ("Resurgent") or ("Shellpoint").  Please note that this is NOT a Qualified Written Request but rather a request for validation pursuant to the **Fair Debt Collection Practices Act.**

Please be advised that I am not requesting "verification" that you have my mailing address.

I am requesting a **"validation"** that is, competent evidence that I have some contractual obligation to pay you ("Resurgent" or "Shellpoint") or your alleged client.

**Exhibit D**

Further I am requesting "verification of agency" wherein your firm, practice, or collection agency is in the direct employ of the alleged creditor. Verification of direct agency requires substantiation by the Principal, not the agent.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the **Fair Debt Collection Practices Act** will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorney's fees should any arise.

The following are specific concerns that I would like to express, have addressed and answered regarding the content of the foregoing documents especially since I have never heard of ("Resurgent") or ("Shellpoint") and I have no contract, agreement or trust with ("Resurgent") or ("Shellpoint").

1) I do not recognize the account # and is not one I have ever had
2) I do not recognize the amount listed as one I have ever had
   a) How was it calculated? Please give full accounting and explain in detail
   b) What exactly does it consist of? Please give full accounting and explain in detail
3) Please provide a complete accounting and itemized breakdown of what constitutes this Total Due
4) There are no transaction descriptions; please explain in detail
5) There are no transaction dates; please explain in detail
6) There are no itemized transaction amounts; Please explain in detail
   a) How was it calculated? Please give full accounting and explain in detail
   b) What exactly does it consist of? Please give full accounting and explain in detail
7) Define "transferred" and "servicing" specifically and in detail
8) I do not have an account with ("Resurgent") or ("Shellpoint") and I have never had a relationship with ("Resurgent") or ("Shellpoint") or Bank of America N.A.
9) Are you stating that Bank of America N.A. is the alleged current creditor?
10) Is ("Resurgent") or ("Shellpoint") affiliated with Bank of America, N.A. in any way?
11) Please identify with proof who the alleged original creditor and who the alleged current creditor is if different from the original and provide their contact information as required by the FDCPA.

None of the documents are signed by an individual taking liability for them which make them highly suspicious as fraudulent since anyone could have produced them in this digital day and age then put them in the mail. I do not trust this scenario and there is nothing here that obligates me to perform. So unless you can show me a valid contract, agreement or trust as proof that I have to perform, I don't have to deal with you. At this time I request that your offices provide me with competent evidence that I have any legal obligation to pay you. Please provide me with the following:

1) What the money you say I owe is for;
2) Explain and show me how you calculated what you say I owe;
3) Provide me with copies of any and all papers that show I agreed to pay what you say I owe;
4) Provide a verification or copy of any judgment if applicable;
5) Identify the original creditor;
6) Identify the current creditor if different than the original creditor;
7) Prove the Statute of Limitations has not expired on this account

8)   Show me that you are licensed to collect in my state, California
9)   Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute violations under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any negative listing of any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

Best Regards,


Julio Mayen

# **<u>Exhibit E</u>**



**Shellpoint**
**Mortgage Servicing**

55 Beattie Place, Suite 110                                    Toll Free Phone 1-866-316-4706
Greenville, SC 29601                                          Toll Free Fax 1-866-467-1137

*Hours of Operation*
Monday-Friday 8:00AM-10:00PM
Saturday 8:00AM-3:00PM

May 23, 2014

Julio Mayen
Sarah Mayen
15335 Castle Peak Lane
Jamul, CA 91935

RE:   Current Owner: Bank of New York as Trustee for CWMBS 2005-07
      Loan Number: xxxx2584
      Reference Number: 0515393708

Dear Mr. & Mrs. Mayen:

This letter is in response to your correspondence dated January 31, 2014, and March 31,
2014, regarding the above referenced loan. The Bank of New York as Trustee for
CWMBS 2005-07 ("BONY") is the owner of the loan ending in 2584. Resurgent Capital
Services, L.P., ("Resurgent") was the servicer of the BONY loan beginning December
19, 2013. Effective March 1, 2014, Shellpoint Mortgage Servicing ("Shellpoint")
acquired substantially all of Resurgent's mortgage servicing assets. As of the date of this
communication, the balance owed is $1,436,550.39, which includes interest, fees, and
debits. Because interest, payments, credits, fees, and/or other permissible charges can
continue to cause the loan balance to vary from day to day, you should contact us at 866-
316-4706 to determine the exact balance. Please review the following loan information:

1.  The current owner of this loan is BONY and their address is:
               101 Barclay St. 4W
               New York, NY 10286
               888-999-0615

2.  This loan originated with Countrywide Home Loans, Inc. on December 27, 2004, for an
    Adjustable Rate Mortgage.
3.  The original loan was for $1,088,000.00, at an initial interest rate of 1.000% and an initial
    monthly payment of $3,499.44.
4.  The interest rate and monthly payment amount you pay may change in accordance with
    Sections 2 & 3 of the Note.
5.  Payments are to be made on the first day of each month, beginning February 1, 2005,
    plus any remaining amount due on the maturity date of January 1, 2035.

**Exhibit E**

6. No payments have been received on this loan since Resurgent began servicing it in December of 2013.
7. The loan is past due and has been since March 1, 2009.

Enclosed are copies of the Assignment, Uniform Residential Loan Application, Adjustable Rate Note, Deed of Trust, Truth in Lending Disclosure Statement, Good Faith Estimate, Notices of Servicing Transfer, and the complete loan transaction history from the date of the loan, to the date of this letter.

If we do not receive additional information from you within 30 days of the date this letter is received, then we will assume this dispute is resolved. If you have any further questions, comments or concerns, please contact Customer Service at 866-316-4706.

Sincerely,

A.Maia
Shellpoint Mortgage Servicing

---

This communication is sent to you by Shellpoint Mortgage Servicing, a professional debt collector.

---

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If this debt has been discharged in a bankruptcy without a valid reaffirmation, please understand that Shellpoint is not attempting to collect the debt from you personally, but is rather seeking to protect the creditor's rights in the associated collateral. Please disregard any contrary provisions contained in this letter and interpret this communication accordingly.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si esta deuda no fue liberada en una quiebra sin una reafirmación válida, entienda que Shellpoint no busca cobrar la deuda de usted personalmente, sino que busca proteger los derechos del acreedor en la garantía asociada. Haga caso omiso de las disposiciones contradictorias que se encuentran en esta carta e interprete esta comunicación en consecuencia.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov.

# Exhibit F-1

# Shellpoint
### Mortgage Servicing

**MORTGAGE STATEMENT**
Statement Date: 04/20/2016

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

2-811-00637-0001073-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA  91935-2238

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 05/01/2016 |
| **Amount Due** | **$660,650.07** |

*If payment is received after 05/16/2016, $0.00 late fee may be assessed.*

Phone:     866-316-4706
Website:   www.shellpointmtg.com

## Explanation of Amount Due

| | |
|---|---|
| Principal | $3,169.03 |
| Interest | $2,134.97 |
| Escrow (Taxes and Insurance) | $6,551.32 |
| **Regular Monthly Payment** | **$11,855.32** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $648,794.75 |
| **Total Amount Due** | **$660,650.07** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 05/01/2016) | 2.7500% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$133,273.84 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (03/17/2016 - 04/19/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/21/2016 | Recording Fee Disbursement | $27.00 | $0.00 |
| 03/21/2016 | Recording Fee Disbursement | $21.00 | $0.00 |
| 03/21/2016 | FC Costs Disbursement | $1,295.00 | $0.00 |
| 03/21/2016 | Foreclosure Trustee Disbursement | $475.00 | $0.00 |
| 03/22/2016 | Insurance Premium Disbursement | $1,061.16 | $0.00 |

## Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

# Exhibit F-1

**Additional Messages**

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 04/20/2016, you are 2,607 days delinquent on your mortgage loan.

**Recent Account History**
- o Payment due 11/01/15:  unpaid balance of $569,747.35
- o Payment due 12/01/15:  unpaid balance of $11,740.72
- o Payment due 01/01/16:  unpaid balance of $11,740.72
- o Payment due 02/01/16:  unpaid balance of $11,855.32
- o Payment due 03/01/16:  unpaid balance of $11,855.32
- o Payment due 04/01/16:  unpaid balance of $11,855.32
- o Payment due 05/01/16:  current payment due

o **Total: $660,650.07 due. You must pay this amount to bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

005-0814-1100F

---

Detach and return with payment.

---

## Shellpoint
### Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Amount Due | | |
|---|---|---|
| Due By 05/01/2016 | | $660,650.07 |
| *$0.00 late fee will be charged after 05/16/2016* | | |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| **Total Amount Enclosed** | $ | . |

0100471232260003565960118553201185532051539370890501160516169

## Transaction Activity (03/17/2016 - 04/19/2016) - continued

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 03/28/2016 | Foreclosure Trustee Disbursement | $427.50 | $0.00 |
| 03/28/2016 | FC Costs Disbursement | $1,295.00 | $0.00 |
| 04/13/2016 | Occ Prop Insp Disbursement | $15.00 | $0.00 |

**Important Notice:** Shellpoint Mortgage Servicing may be attempting to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a una de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

\_\_\_\_ Address    \_\_\_\_ Phone    \_\_\_\_ Name\*\*    \_\_\_\_ Email Address

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

New Phone Number: Day (\_ \_\_) \_\_\_-\_\_\_\_    Evening (\_ \_\_) \_\_\_-\_\_\_\_    Email Address _____

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
VE LTD

**STATEMENT ENCLOSED**

**Shellpoint**
Mortgage Servicing
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

2-611-00037-0001073-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2298

22      CJGNIP1      91935

# Exhibit F-2



**Shellpoint**

Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

8-811-00743-0001203-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

# MORTGAGE STATEMENT
Statement Date: 05/26/2016

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 06/01/2016 |
| **Amount Due** | **$672,520.39** |

*If payment is received after 06/16/2016, $0.00 late fee may be assessed.*

| Phone: | 866-316-4706 |
|---|---|
| Website: | www.shellpointmtg.com |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $3,176.30 |
| Interest | $2,127.70 |
| Escrow (Taxes and Insurance) | $6,551.32 |
| **Regular Monthly Payment** | **$11,855.32** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $660,665.07 |
| **Total Amount Due** | **$672,520.39** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 06/01/2016) | 2.7500% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$134,371.33 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (03/18/2016 - 05/25/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/21/2016 | Recording Fee Disbursement | $27.00 | $0.00 |
| 03/21/2016 | Recording Fee Disbursement | $21.00 | $0.00 |
| 03/21/2016 | FC Costs Disbursement | $1,295.00 | $0.00 |
| 03/21/2016 | Foreclosure Trustee Disbursement | $475.00 | $0.00 |
| 03/22/2016 | Insurance Premium Disbursement | $1,061.16 | $0.00 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Exhibit F-2**

| Additional Messages | **Delinquency Notice** |
|---|---|

**Additional Messages**

Repayment options may be available to you. **Call 866-316-4706 to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.**

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

**\*\*Delinquency Notice\*\***

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 05/26/2016, you are 2,643 days delinquent on your mortgage loan.

**Recent Account History**
o Payment due 12/01/15:  unpaid balance of $601,503.07
o Payment due 01/01/16:  unpaid balance of $11,740.72
o Payment due 02/01/16:  unpaid balance of $11,855.32
o Payment due 03/01/16:  unpaid balance of $11,855.32
o Payment due 04/01/16:  unpaid balance of $11,855.32
o Payment due 05/01/16:  unpaid balance of $11,855.32
o Payment due 06/01/16:  current payment due

o **Total: $672,520.39 due.  You must pay this amount to bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

005-0814-1100F

Detach and return with payment.

**Shellpoint**
Mortgage Servicing

Loan Number:  0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Amount Due | |
|---|---|
| Due By  06/01/2016 | $672,520.39 |
| *$0.00 late fee will be charged after 06/16/2016* | |
| Additional Principal | $          . |
| Additional Escrow | $          . |
| **Total Amount Enclosed** | $          . |

0100471232260003556596011855320118553205153937089060116061616B

Account Number    0515393708

## Transaction Activity (03/18/2016 - 05/25/2016) - continued

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 03/28/2016 | Foreclosure Trustee Disbursement | $427.50 | $0.00 |
| 03/28/2016 | FC Costs Disbursement | $1,295.00 | $0.00 |
| 04/13/2016 | Occ Prop Insp Disbursement | $15.00 | $0.00 |
| 04/21/2016 | Insurance Premium Disbursement | $544.96 | $0.00 |
| 05/21/2016 | Occ Prop Insp Disbursement | $15.00 | $0.00 |
| 05/24/2016 | Insurance Premium Disbursement | $552.53 | $0.00 |

**Important Notice:** Shellpoint Mortgage Servicing may be attempting to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

**Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

_____ Address  _____ Phone  _____ Name**  _____ Email Address

Your Account # _____     Social Security Number: _____

Old Borrower Name: _____     New Borrower Name: _____

Old Co-Borrower Name: _____     New Co-Borrower Name: _____

Borrower Signature: _____     Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___) ___-____  Evening (___) ___-____  Email Address _____



# Exhibit F-3


# Shellpoint
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 · Dallas, TX 75261-9063

6-811-00797-0000519-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

## MORTGAGE STATEMENT
Statement Date: 06/16/2016

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 07/01/2016 |
| **Amount Due** | **$684,698.00** |

*If payment is received after 07/16/2016, $0.00 late fee may be assessed.*

| Phone: | 866-316-4706 |
|---|---|
| Website: | www.shellpointmtg.com |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $3,183.58 |
| Interest | $2,120.42 |
| Escrow (Taxes and Insurance) | $6,858.61 |
| **Regular Monthly Payment** | **$12,162.61** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $672,535.39 |
| **Total Amount Due** | **$684,698.00** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 07/01/2016) | 2.7500% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$134,371.33 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (05/26/2016 - 06/15/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 06/08/2016 | Occ Prop Insp Disbursement | $15.00 | $0.00 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

# Exhibit F-3

| **Additional Messages** | **\*\*Delinquency Notice\*\*** |
|---|---|
| Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws. | **You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 06/16/2016, you are 2,664 days delinquent on your mortgage loan.<br>**Recent Account History**<br>o Payment due 01/01/16:  unpaid balance of $613,258.79<br>o Payment due 02/01/16:  unpaid balance of $11,855.32<br>o Payment due 03/01/16:  unpaid balance of $11,855.32<br>o Payment due 04/01/16:  unpaid balance of $11,855.32<br>o Payment due 05/01/16:  unpaid balance of $11,855.32<br>o Payment due 06/01/16:  unpaid balance of $11,855.32<br>o Payment due 07/01/16:  current payment due<br>o **Total: $684,698.00 due.  You must pay this amount to bring your loan current.**<br>If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance. |
| **For information about your payments, total amount due, and any additional payment history, see reverse side.** | |

Detach and return with payment.

 **Shellpoint**
Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| **Amount Due** | |
|---|---|
| Due By  07/01/2016 | $684,698.00 |
| *$0.00 late fee will be charged after 07/16/2016* | |
| Additional Principal | $             . |
| Additional Escrow | $             . |
| **Total Amount Enclosed** | $             . |

01004712322600036487830121626101216261051539370890701160716164

Account Number    0515393708

**Important Notice:** Shellpoint Mortgage Servicing may be attempting to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

\*\*Please remember.
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Type of change (check all that apply)

\_\_\_\_ Address   \_\_\_\_ Phone   \_\_\_\_ Name\*\*   \_\_\_\_ Email Address

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (\_\_\_) \_\_\_-\_\_\_\_   Evening (\_\_\_) \_\_\_-\_\_\_\_   Email Address _____

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
VE LTD

6-16-16

STATEMENT ENCLOSED

**Shellpoint**
Mortgage Servicing
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

6-811-00797-0000519-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

22    EJCIIFi    91935

# Exhibit F-4

# Shellpoint
## Mortgage Servicing

**MORTGAGE STATEMENT**
Statement Date: 07/19/2016

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

8-811-00875-0000194-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 08/01/2016 |
| **Amount Due** | **$697,378.14** |

*If payment is received after 06/16/2016, $0.00 late fee may be assessed.*

Phone:    866-316-4706
Website:  www.shellpointmtg.com

## Explanation of Amount Due

| | |
|---|---|
| Principal | $3,190.87 |
| Interest | $2,113.13 |
| Escrow (Taxes and Insurance) | $6,911.14 |
| **Regular Monthly Payment** | **$12,215.14** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $685,163.00 |
| **Total Amount Due** | **$697,378.14** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $1,176,080.66 |
| Interest Rate (until 08/01/2016) | 2.7500% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$134,916.29 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (06/19/2016 - 07/18/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 06/22/2016 | Lender Placed Hazard Disbursement | $544.96 | $0.00 |
| 07/11/2016 | Appraisal Disbursement | $450.00 | $0.00 |
| 07/11/2016 | Occ Prop Insp Disbursement | $15.00 | $0.00 |

## Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Exhibit F-4**

| **Additional Messages** | **\*\*Delinquency Notice\*\*** |
|---|---|
| Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws. | **You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 07/19/2016, you are 2,697 days delinquent on your mortgage loan. |

**Recent Account History**
- o Payment due 02/01/16:   unpaid balance of $625,579.11
- o Payment due 03/01/16:   unpaid balance of $11,855.32
- o Payment due 04/01/16:   unpaid balance of $11,855.32
- o Payment due 05/01/16:   unpaid balance of $11,855.32
- o Payment due 06/01/16:   unpaid balance of $11,855.32
- o Payment due 07/01/16:   unpaid balance of $12,162.61
- o Payment due 08/01/16:   current payment due

o **Total: $697,378.14 due.  You must pay this amount to bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

005-0814-1100F

---

Detach and return with payment.

---

## Shellpoint
### Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| **Amount Due** | | |
|---|---|---|
| Due By  08/01/2016 | | $697,378.14 |
| *$0.00 late fee will be charged after 08/16/2016* | | |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| **Total Amount Enclosed** | $ | . |

0100471232260003664542012215140122151405153937089080116081616S

Account Number   0515393708

**Important Notice:** Shellpoint Mortgage Servicing may be attempting to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

_____ Address  _____ Phone  _____ Name**  _____ Email Address

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____     Social Security Number: _____

Old Borrower Name: _____     New Borrower Name: _____

Old Co-Borrower Name: _____     New Co-Borrower Name: _____

Borrower Signature: _____     Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___) ___-____   Evening (___) ___-____   Email Address _____



# Exhibit F-5



# Shellpoint
## Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

4-811-00943-0000941-001-1-000-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

## MORTGAGE STATEMENT
Statement Date: 08/17/2016

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 09/01/2016 |
| **Amount Due** | **$713,142.48** |

*If payment is received after 09/16/2016, $0.00 late fee may be assessed.*

| | |
|---|---|
| Phone: | 866-316-4706 |
| Website: | www.shellpointmtg.com |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $3,102.46 |
| Interest | $2,201.54 |
| Escrow (Taxes and Insurance) | $6,911.14 |
| **Regular Monthly Payment** | **$12,215.14** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $700,927.34 |
| **Total Amount Due** | **$713,142.48** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 09/01/2016) | 2.8750% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$135,468.82 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (07/19/2016 - 08/16/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/21/2016 | Lender Placed Hazard Disbursement | $552.53 | $0.00 |
| 08/03/2016 | Recording Fee Disbursement | $21.00 | $0.00 |
| 08/03/2016 | Foreclosure Trustee Disbursement | $427.50 | $0.00 |
| 08/03/2016 | FC Costs Disbursement | $125.00 | $0.00 |
| 08/03/2016 | FC Costs Disbursement | $2,856.59 | $0.00 |

### Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Exhibit F-5**

| **Additional Messages** | **\*\*Delinquency Notice\*\*** |
|---|---|
| Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws. | **You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 08/17/2016, you are 2,726 days delinquent on your mortgage loan. **Recent Account History** o Payment due 03/01/16:  unpaid balance of $640,983.63 o Payment due 04/01/16:  unpaid balance of $11,855.32 o Payment due 05/01/16:  unpaid balance of $11,855.32 o Payment due 06/01/16:  unpaid balance of $11,855.32 o Payment due 07/01/16:  unpaid balance of $12,162.61 o Payment due 08/01/16:  unpaid balance of $12,215.14 o Payment due 09/01/16:  current payment due o **Total: $713,142.48 due.  You must pay this amount to bring your loan current.** If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance. |
| **For information about your payments, total amount due, and any additional payment history, see reverse side.** | |

Detach and return with payment.

 **Shellpoint**
Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

| **Amount Due** | |
|---|---|
| Due By  09/01/2016 | **$713,142.48** |
| *$0.00 late fee will be charged after 09/16/2016* | |
| Additional Principal | $              . |
| Additional Escrow | $              . |
| **Total Amount Enclosed** | $              . |

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

0100471232260003664542012215140122151405153937089090116091616

Account Number    0515393708

## Transaction Activity (07/19/2016 - 08/16/2016) - continued

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 08/03/2016 | Certified Mail Fee Disbursement | $119.11 | $0.00 |

**Important Notice:** Shellpoint Mortgage Servicing may be attempting to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address   \_\_\_\_ Phone   \_\_\_\_ Name**   \_\_\_\_ Email Address

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

New Phone Number: Day (\_\_\_) \_\_\_-\_\_\_\_   Evening (\_\_\_) \_\_\_-\_\_\_\_   Email Address _____



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
YE LTD

STATEMENT ENCLOSED

**Shellpoint**
Mortgage Servicing

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

JULIO MAYEN
SARAH MAYEN
15535 CASTLE PEAK LN
JAMUL, CA 91935-2238

22 CHXHXF1 01995

# Exhibit F-6

# Shellpoint
**Mortgage Servicing**

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

4-811-01279-0000035-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA  91935-2238

## MORTGAGE STATEMENT
Statement Date: 11/19/2016

| | |
|---|---|
| Account Number | 0515393708 |
| Next Due Date | 12/01/2016 |
| **Amount Due** | **$749,832.90** |

*If payment is received after 12/16/2016, $0.00 late fee may be assessed.*

Phone: 866-316-4706
Website: www.shellpointmtg.com

### Explanation of Amount Due

| | |
|---|---|
| Principal | $3,124.82 |
| Interest | $2,179.18 |
| Escrow (Taxes and Insurance) | $6,911.14 |
| **Regular Monthly Payment** | **$12,215.14** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $737,617.76 |
| **Total Amount Due** | **$749,832.90** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 12/01/2016) | 2.8750% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$142,750.55 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (10/19/2016 - 11/18/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/21/2016 | Lender Placed Hazard Disbursement | $552.53 | $0.00 |
| 11/16/2016 | County Tax Bill 1 | $5,631.71 | $0.00 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

# Exhibit F-6

| **Additional Messages** | **\*\*Delinquency Notice\*\*** |
|---|---|
| Please visit our website at www.shellpointmtg.com to view our Privacy Notice.<br><br>Repayment options may be available to you. **Call 866-316-4706 to discuss payment arrangements.** Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.<br><br><br><br>**For information about your payments, total amount due, and any additional payment history, see reverse side.** | **You are late on your loan payments and the foreclosure process has been intiated.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 11/19/2016, you are 2,820 days delinquent on your mortgage loan.<br><br>Recent Account History<br>o Payment due 06/01/16:   unpaid balance of $676,594.59<br>o Payment due 07/01/16:   unpaid balance of $12,162.61<br>o Payment due 08/01/16:   unpaid balance of $12,215.14<br>o Payment due 09/01/16:   unpaid balance of $12,215.14<br>o Payment due 10/01/16:   unpaid balance of $12,215.14<br>o Payment due 11/01/16:   unpaid balance of $12,215.14<br>o Payment due 12/01/16:   current payment due<br><br>o **Total: $749,832.90 due. You must pay this amount to bring your loan current.**<br><br>If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance. |

Detach and return with payment.

# Shellpoint
### Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| **Amount Due** | |
|---|---|
| Payment Due Date | 12/01/2016 |
| Total Amount Due | $749,832.90 |
| *$0.00 late fee will be charged after 12/16/2016* | |
| Please write clearly inside space provided | |
| **Payment Amount** | $ |
| **Additional Principal** | $ |
| **Late / Other Charges** | $ |
| **Additional Escrow**(if applicable) | $ |
| **Total Amount Enclosed**<br>(Please do not send cash) | $ |

010047123226000366454201221514012215140515393708912011612161b4

Account Number    0515393708

**Important Notice:** Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Type of change (check all that apply)

____ Address   ____ Phone   ____ Name**   ____ Email Address

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___) ___-____   Evening (___) ___-____   Email Address _____



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
VE LTD

STATEMENT ENCLOSED

Shellpoint
Mortgage Servicing
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 919865 • Dallas, TX 75391-9865

LILO MAYEN
SARAH MAYEN
15558 CASTLE PEAK LN
JAMUL CA 91935-2238

# Exhibit F-7

 **Shellpoint**
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

6-811-01288-0000081-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

## MORTGAGE STATEMENT
Statement Date: 11/22/2016

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 12/01/2016 |
| **Amount Due** | **$749,847.90** |

*If payment is received after 12/16/2016, $0.00 late fee may be assessed.*

Phone:    866-316-4706
Website:  www.shellpointmtg.com

### Explanation of Amount Due

| | |
|---|---|
| Principal | $3,124.82 |
| Interest | $2,179.18 |
| Escrow (Taxes and Insurance) | $6,911.14 |
| **Regular Monthly Payment** | **$12,215.14** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $737,632.76 |
| **Total Amount Due** | **$749,847.90** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 12/01/2016) | 2.8750% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$142,750.55 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (10/19/2016 - 11/21/2016)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/21/2016 | Lender Placed Hazard Disbursement | $552.53 | $0.00 |
| 11/16/2016 | County Tax Bill 1 | $5,631.71 | $0.00 |
| 11/21/2016 | Occ Prop Insp Disbursement | $15.00 | $0.00 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Exhibit F-7**

| Additional Messages | **Delinquency Notice** |
|---|---|
| Please visit our website at www.shellpointmtg.com to view our Privacy Notice. | You are late on your loan payments and the foreclosure process has been initated. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 11/22/2016, you are 2,823 days delinquent on your mortgage loan. |

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**Recent Account History**
o Payment due 06/01/16:  unpaid balance of $676,609.59
o Payment due 07/01/16:  unpaid balance of $12,162.61
o Payment due 08/01/16:  unpaid balance of $12,215.14
o Payment due 09/01/16:  unpaid balance of $12,215.14
o Payment due 10/01/16:  unpaid balance of $12,215.14
o Payment due 11/01/16:  unpaid balance of $12,215.14
o Payment due 12/01/16:  current payment due

o Total: $749,847.90 due.  You must pay this amount to bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

005-0614-1109F

---

Detach and return with payment.

---

## Shellpoint
### Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Amount Due | |
|---|---|
| Payment Due Date | 12/01/2016 |
| Total Amount Due | $749,847.90 |
| $0.00 late fee will be charged after 12/16/2016 | |

| Please write clearly inside space provided | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow(if applicable) | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

010047123226000366454201221514012215140515393708912011612161b4

Account Number    0515393708

**Important Notice:** Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\*\*Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

_____ Address   _____ Phone   _____ Name\*\*   _____ Email Address

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___) ___-____   Evening (___) ___-____   Email Address _____



# Exhibit G-1


**Shellpoint**
**Mortgage Servicing**
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

9-811-01786-0000032-001-1-000-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

# MORTGAGE STATEMENT
Statement Date: 03/11/2017

| | |
|---|---|
| Account Number | 0515393708 |
| Next Due Date | 04/01/2017 |
| **Amount Due** | **$799,906.06** |

*If payment is received after 04/16/2017, $0.00 late fee may be assessed.*

| | |
|---|---|
| Phone: | 866-316-4706 |
| Website: | www.shellpointmtg.com |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $3,137.09 |
| Interest | $2,336.11 |
| Escrow (Taxes and Insurance) | $6,911.14 |
| **Regular Monthly Payment** | **$12,384.34** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $787,521.72 |
| **Total Amount Due** | **$799,906.06** |

## Account Information

| | |
|---|---|
| Outstanding Principal | -$1,178,080.66 |
| Interest Rate (until 04/01/2017) | 3.1250% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE |
| | JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$144,400.57 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (02/11/2017 - 03/10/2017)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/20/2017 | Property Inspection Disbursement | $15.00 | $0.00 |
| 03/10/2017 | Property Inspection Disbursement | $15.00 | $0.00 |

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

# Exhibit G-1

| Additional Messages | **Delinquency Notice** |
|---|---|
| Please visit our website at www.shellpointmtg.com to view our Privacy Notice.<br><br>Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.<br><br><br><br>**For information about your payments, total amount due, and any additional payment history, see reverse side.** | You are late on your loan payments and the foreclosure process has been initiated. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 03/11/2017, you are 2,932 days delinquent on your mortgage loan.<br><br>**Recent Account History**<br>o Payment due 10/01/16:  unpaid balance of $726,107.62<br>o Payment due 11/01/16:  unpaid balance of $12,215.14<br>o Payment due 12/01/16:  unpaid balance of $12,215.14<br>o Payment due 01/01/17:  unpaid balance of $12,215.14<br>o Payment due 02/01/17:  unpaid balance of $12,384.34<br>o Payment due 03/01/17:  unpaid balance of $12,384.34<br>o Payment due 04/01/17:  current payment due<br><br>o **Total: $799,906.06 due. You must pay this amount to bring your loan current.**<br><br>If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance. |

005-0814-1100F

Detach and return with payment.

## Shellpoint
### Mortgage Servicing

Loan Number:   0515393708
JULIO MAYEN
SARAH MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Amount Due | |
|---|---|
| Payment Due Date | 04/01/2017 |
| Total Amount Due | $799,906.06 |
| *$0.00 late fee will be charged after 04/16/2017* | |

| Please write clearly inside space provided | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed**<br>(Please do not send cash) | $ |

0100471232260003715302012384340123843405153937089040117041617 9

Account Number    0515393708

**Important Notice:** Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

_____ Address  _____Phone  _____Name**  _____Email Address

**Please remember:
Name changes require a signature and a copy of a legal
document noting the new name. Examples of legal
documents are marriage licenses and divorce decrees.

Your Account # _____     Social Security Number: _____

Old Borrower Name: _____     New Borrower Name: _____

Old Co-Borrower Name: _____     New Co-Borrower Name: _____

Borrower Signature: _____     Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___) ___-____  Evening (___) ___-____   Email Address _____



# Exhibit G-2



## Shellpoint
### Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

1-811-02455-0000862-001-1-001-010-000-000

JULIO MAYEN
SARAH MAYEN
15335 CASTLE PEAK LN
JAMUL CA 91935-2238

# MORTGAGE STATEMENT
Statement Date: 08/17/2017

| Account Number | 0515393708 |
|---|---|
| Next Due Date | 09/01/2017 |
| **Amount Due** | **$864,632.00** |

*If payment is received after 09/16/2017, $0.00 late fee may be assessed.*

Phone: 866-316-4706
Website: www.shellpointmtg.com

### Explanation of Amount Due

| | |
|---|---|
| Principal | $2,808.42 |
| Interest | $2,664.78 |
| Escrow (Taxes and Insurance) | $7,465.76 |
| **Regular Monthly Payment** | **$12,938.96** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $851,693.04 |
| **Total Amount Due** | **$864,632.00** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $1,178,080.66 |
| Interest Rate (until 09/01/2017) | 3.6250% |
| Prepayment Penalty | None |
| Property Address: | 15335 CASTLE PEAK LANE JAMUL CA 91935 |
| Contractual Due Date: | March 1, 2009 |
| Current Escrow Balance: | -$153,200.40 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (07/17/2017 - 08/16/2017)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/21/2017 | Property Inspection Disbursement | $15.00 | $0.00 |
| 07/24/2017 | Lender Placed Hazard Disbursement | $1,001.91 | $0.00 |
| 08/08/2017 | Property Inspection Disbursement | $15.00 | $0.00 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

# Exhibit G-2

| Additional Messages | **Delinquency Notice** |
|---|---|
| Please visit our website at  www.shellpointmtg.com to view our Privacy Notice.<br><br>Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.<br><br><br><br><br>**For information about your payments, total amount due, and any additional payment history, see reverse side.** | You are late on your  loan payments and the foreclosure process has been intiated. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 08/17/2017, you are 3,091 days delinquent on your mortgage loan.<br><br>**Recent Account History**<br>o Payment due 03/01/17:  unpaid balance of $789,216.72<br>o Payment due 04/01/17:  unpaid balance of $12,384.34<br>o Payment due 05/01/17:  unpaid balance of $12,384.34<br>o Payment due 06/01/17:  unpaid balance of $12,384.34<br>o Payment due 07/01/17:  unpaid balance of $12,384.34<br>o Payment due 08/01/17:  unpaid balance of $12,938.96<br>o Payment due 09/01/17:  current payment due<br><br>o **Total: $864,632.00 due.  You must pay this amount to bring your loan current.**<br><br>If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance. |

Detach and return with payment.

# Shellpoint
## Mortgage Servicing

Loan Number:  0515393708
JULIO MAYEN

Property Address:
15335 CASTLE PEAK LANE
JAMUL CA 91935

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Amount Due | |
|---|---|
| Payment Due Date | 09/01/2017 |
| Total Amount Due | $864,632.00 |

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** <br>(Please do not send cash) | $ |

01004712322600038816880129389601293896051539370890901170916175

Account Number   0515393708

**Important Notice:** Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Amount Due on Accounts in Foreclosure or Bankruptcy:** If your account is in foreclosure or bankruptcy the amount listed as the Amount Due may not be the full amount necessary to bring your account current. To obtain up-to-date amount due information, please contact us at the number listed on the statement.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-316-4706.

## Address, Phone, and Name Changes

Type of change (check all that apply)

_____ Address _____ Phone _____ Name** _____ Email Address

**Please remember:
Name changes require a signature and a copy of a legal
document noting the new name. Examples of legal
documents are marriage licenses and divorce decrees.

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (_ _) _ _ _-_ _ _ _   Evening (_ _) _ _ _-_ _ _ _   Email Address _____

