# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Janis L. Sammartino

| FROM:  J. Taylor, Deputy Clerk | RECEIVED DATE:  September 20, 2017 |
|---|---|
| CASE NO.  17cv0050-JLS-MDD | DOC FILED BY:  Julio Mayen |
| CASE TITLE:  Mayen v. New Penn Financial, LLC | |
| DOCUMENT ENTITLED:  Mandatory Judicial Notice-Judicial Notice and Plaintiff's Cognizance With Claim of Rights | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: CivLR 5.2 – Missing Proof of Service

Date Forwarded:   September 20, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  September 21, 2017         CHAMBERS OF:  The Honorable Janis L. Sammartino

cc: All Parties            By:   /s HL