| | |
|---|---|
| 1 | **AKERMAN LLP** |
| | PRESTON K. ASCHERIN (SBN 260361) |
| 2 | Email: preston.ascherin@akerman.com |
| | PARISA JASSIM (SBN 273915) |
| 3 | Email: parisa.jassim@akerman.com |
| | 601 West Fifth Street, Suite 300 |
| 4 | Los Angeles, California 90071 |
| | Telephone:  (213) 688-9500 |
| 5 | Facsimile:   (213) 627-6342 |
| 6 | Attorneys for Defendant |
| | NEW PENN FINANCIAL, LLC dba |
| 7 | SHELLPOINT MORTGAGE SERVICING |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants | Case No. 3:17-CV-0050-JLS-MDD<br>Assigned to the Hon. Janis L. Sammartino<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Documents Filed Herewith<br>1. Memorandum of Points and Authorities<br>2. Request for Judicial Notice<br>3. Order<br>4. Proof of Service<br><br>Hearing Date:<br>Date:   November 16, 2017<br>Time:   1:30 p.m.<br>Crtrm.: 4D<br><br>Complaint Filed:   January 11, 2017<br>FAC Filed:   September 20, 2017<br>Trial Date:   None |

*AKERMAN LLP*
601 West Fifth Street, Suite 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** on November 16, 2017 at 1:30 p.m., or as soon thereafter as may be heard, in Courtroom 4D of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) will, and hereby does, move to dismiss plaintiff Julio Mayen's first amended complaint or for a more definite statement.

This motion is made pursuant to Federal Rules of Civil Procedure 8, 12(b)(6) and 12(e) on the grounds the first amended complaint fails to provide fair notice of the claims asserted, fails to state a claim upon which relief may be granted, and, in its entirety, is so vague and ambiguous Shellpoint cannot reasonably prepare a response. This motion is based on this notice, the attached memorandum of points and authorities, and arguments as may be presented at or before the hearing.

Dated: October 10, 2017

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Parisa Jassim*
    Preston K. Ascherin
    Parisa Jassim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC
dba SHELLPOINT MORTGAGE SERVICING

**AKERMAN LLP**
601 West Fifth Street, Suite 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342