**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC<br>dba SHELLPOINT MORTGAGE<br>SERVICING,<br><br>　　　　Defendants | Case No. 3:17-CV-0050-JLS-MDD<br>Assigned to the Hon. Janis L. Sammartino<br><br>**PROOF OF SERVICE**<br><br><u>Documents Filed Herewith</u><br>1. Notice of Motion<br>2. Memorandum of Points and Authorities<br>3. Request for Judicial Notice<br>4. Order<br><br><u>Hearing Date:</u><br>Date: November 16, 2017<br>Time: 1:30 p.m.<br>Crtrm.: 4D<br><br>Complaint Filed: January 11, 2017<br>FAC Filed: September 20, 2017<br>Trial Date: None |

1

PROOF OF SERVICE                                 CASE No. 3:17-CV-0050-JLS-MDD

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, CA 90071.

On **October 10, 2017**, I served the following documents

**DEFENDANT'S NOTICE OF MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES TO ITS MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT**

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Julio Mayen<br>5335 Castle Peak Lane<br>Jamul, CA  91935 | Tel:  619.937.2307<br>Fax:<br>email:<br>jgersh@gershlegal.com ekultan@gmail.com | *Plaintiff in Pro Per* |

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

1

Case No. 3:16-cv-04472-MMC

NOTICE OF MOTION TO DISMISS

1  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is
2  true and correct.
3  Executed on October 10, 2017, at Los Angeles, California.

5  _____Helen E. Serrano-Port_____      _/s/ Helen E. Serrano-Port_
6  (Type or print name)                                  (Signature)

AKERMAN LLP
601 West Fifth Street, Suite 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2
NOTICE OF MOTION TO DISMISS
CASE NO. 3:16-CV-04472-MMC