Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935
(619) 937-2307



FILED

17 NOV -2 PM 3: 32

BY:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| **Julio Mayen** | **CASE: 3:17-cv-00050-JLS-MDD** |
|---|---|
| *Plaintiff,* | **STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S PENDING MOTION TO DISMISS** |
| vs. | |
| **New Penn Financial, LLC, dba Shellpoint Mortgage Servicing** *Defendant* | Complaint Filed:  January 11, 2017<br>Current Hearing:  November 16, 2017<br>New Hearing:  December 17, 2017 |
| | **TRIAL BY JURU DEMANDED** |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Julio Mayen and defendant New Penn Financial, LLC., dba Shellpoint Mortgage Servicing, hereby stipulate as follows:

**WHEREAS**, defendant filed a motion to dismiss plaintiff's first amended complaint;

**WHEREAS**, the motion to dismiss is currently set to be heard on November 16, 2017, making plaintiff's deadline to oppose November 2, 2017;

WHEREAS, plaintiff has requested at least a 21-day extension to oppose the motion to dismiss;

WHEREAS, in order to accommodate plaintiff's request, defendant agreed to continue the hearing on its motion to dismiss to December 17, 2017 or later;

NOW THEREFORE, the parties agree to continue the hearing on the motion to dismiss to December 17, 2017 or later to give plaintiff additional time to oppose the pending motion to dismiss.

**IT IS SO STIPULATED.**

Dated: October 30, 2017

**JULIO MAYEN**

By: *(signature)*
By: Julio Mayen, Plaintiff

Dated: October 30, 2017

**AKERMAN LLP**

By: ____/s/Parisa Jassim____
Parisa Jassim
Attorney for Defendant

**Proof of Service**

**I CERTIFY THAT I HAVE SERVED A COPY OF PLAINTIFF'S STIPULATION TO EXTEND TIME TO SUBMIT OPPOSITION TO PLAINTIFF'S FIRST AMENDED COMPLAINT ON OCTOBER 30, 2017 BY USPS FIRST CLASS CERTIFIED MAIL NO. 7012 3050 0001 8906 4596 TO:**

**AKERMAN LLP**

PRESTON K. ASCHERIN (SBN 260361)

Email: preston.ascherin@akerman.com

PARISA JASSIM (SBN 273915)

Email: parisa.jassim@akerman.com

601 West Fifth Street, Suite 300
Los Angeles, California 90071

Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

By: Julio Mayen, Plaintiff
15335 Castle Peak Lane
Jamul, CA 91935