UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>                              Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>                              Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER (1) GRANTING MOTION TO CONTINUE HEARING, AND (2) SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 19) |

Presently before the Court is the Parties' Stipulation to Continue the Hearing on Defendant's Pending Motion to Dismiss. (ECF No. 19.) The Parties request the Court to continue the hearing currently set for November 16, 2017 in order to provide additional time for Plaintiff to file his Opposition. (*Id.* at 2.) Given that Plaintiff is proceeding pro se, and that this is a joint stipulation, the Court **GRANTS** the Parties' Joint Motion, (ECF No. 19). The Court **HEREBY SETS** a new hearing date for Defendant's Motion to Dismiss, (ECF No. 18), for January 11, 2018 at 1:30 p.m. in Courtroom 4D.

/ / /
/ / /
/ / /
/ / /
/ / /

1  Accordingly, Plaintiff **SHALL FILE** his Opposition <u>on or before December 28, 2017</u>.
2  Defendant **SHALL FILE** its Reply, if any, <u>on or before January 4, 2018</u>.
3      **IT IS SO ORDERED.**
4  Dated:  November 6, 2017

                                             *Janis L. Sammartino*
                                             Hon. Janis L. Sammartino
                                             United States District Judge