**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>            Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>            Defendants | Case No. 3:17-CV-0050-JLS-MDD<br>Assigned to the Hon. Janis L. Sammartino<br><br>**NOTICE OF NON-OPPOSITION**<br><br>Hearing Date:<br>Date:   January 11, 2018<br>Time:   1:30 p.m.<br>Crtrm.: 4D<br><br>Complaint Filed:   January 11, 2017<br>FAC Filed:            September 20, 2017<br>Trial Date:            None |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** plaintiff Julio Mayen has failed to oppose defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) motion to dismiss his first amended complaint or for a more definite statement (**motion**). Pursuant to L.R. 7.1(e)(2) as well as this Court's November 6, 2017 order (Document 20), plaintiff was required to file and serve his opposition to the motion no later than December 28, 2017. The 14-day period has passed and as of January 4, 2018, plaintiff has not opposed Shellpoint's motion.

Because plaintiff has failed to refute any of Shellpoint's arguments in the motion, Shellpoint respectfully requests this Court grant its motion to dismiss plaintiff's first amended complaint with prejudice.

Dated: January 4, 2018

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Parisa Jassim*
    Preston K. Ascherin
    Parisa Jassim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC
dba SHELLPOINT MORTGAGE SERVICING

**PROOF OF SERVICE**

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, CA 90071.

On **January 4, 2018**, I served the following documents

**NOTICE OF NON-OPPOSITION**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Telephone/ Facsimile/Email | Party |
|---|---|---|
| Julio Mayen<br>5335 Castle Peak Lane<br>Jamul, CA 91935 | Tel: 619.937.2307<br>Fax:<br>email: mailto:jgersh@gershlegal.com<br>ekultan@gmail.com | *Plaintiff in Pro Per* |

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on January 4, 2018, at Los Angeles, California.

Helen E. Serrano-Port
(Type or print name)

(Signature)