# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Janis L. Sammartino

| FROM: J. Mueller, Deputy Clerk | RECEIVED DATE: December 28, 2017 |
|---|---|
| CASE NO. 3:17-cv-00050-JLS-MDD | DOC FILED BY: Julio Mayen |
| CASE TITLE: Mayen v. New Penn Financial, LLC | |
| DOCUMENT ENTITLED: Opposition to Motion to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 - Missing table of contents and/or table of authorities;

Date Forwarded:  December 28, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: January 3, 2018         CHAMBERS OF: The Honorable Janis L. Sammartino

cc: All Parties               By: /s HL