# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 18) |

Presently before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint or for a More Definite Statement. (ECF No. 18.) On its own motion the Court **VACATES** the hearing on Defendant's motion, presently set for January 11, 2017, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 5, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge