1  Julio Mayen
   15335 Castle Peak Lane
2  Jamul, CA 91935
3  (619) 937-2307

FILED

18 JAN 12 PM 2: 18

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                 DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO MAYEN**<br><br>*Plaintiff,*<br><br>vs.<br><br>**New Penn Financial, LLC, dba**<br><br>**Shellpoint Mortgage Servicing**<br>*Defendant* | **CASE: 3:17–cv–00050–JLS–MDD**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT**<br><br>Hearing Date:<br>DATE:    February 15, 2018<br>TIME:    1:30 pm<br>Crtrm.:    4D<br><br>**Action Filed: January 11, 2017**<br>**Trial Date: None Set**<br><br>**TRIAL BY JURY DEMANDED** |

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT

Page 1 of 4

## NOTICE OF MOTION

**TO THE HONORABLE COURT, THE PARTIES, AND THEIR COUNSEL**

**OF RECORD**

**PLEASE TAKE NOTICE** on February 15, 2018 at 1:30 p.m., or as soon

thereafter as may be heard, in Courtroom 4D of the above-entitled court, located at

221 West Broadway, San Diego, California 92101, Hon. Judge Janis L.

Sammartino, presiding, Plaintiff will, and hereby does, move to strike Defendant

New Penn Financial, LLC dba Shellpoint Mortgage Servicing's (Defendant/

Shellpoint) untimely reply supporting its motion to dismiss Plaintiff's First

Amended Complaint or for a more definitive statement, (Dkt 24).

This motion is made pursuant to the Local Rules of the United States District Court

Southern District of California, Local Rule 7.1(e)(3) on the grounds that the

Defendant/ Shellpoint's reply is untimely and should be denied as Defendant/

Shellpoint's reply was filed late making it time bared regardless of the Defendant's

baseless claims that Plaintiff did not serve Plaintiff's opposition to the Defendant/

Shellpoint.

This Motion is based upon this Notice of Motion and Motion, the following

Memorandum of Points and Authorities, and such other and further evidence as

may be presented to the Court at or before the time set for the hearing on this

matter.

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT

Page **2** of **4**

Plaintiff's Memorandum of Points and Authorities in support of this motion are concurrently filed herewith.

Plaintiff's Exhibits in support of this Notice of Motion and Motion are concurrently filed herewith.

Plaintiff's Judicial Notice (Dkt 1-2) and (Dkt 17) are incorporated into this document.

**WHEREFORE**, Plaintiff moves the court to strike Defendant/ Shellpoint's reply supporting its motion to dismiss Plaintiff's First Amended Complaint or for a more definite statement (Dkt 24) due to being untimely and submission with unclean hands.

Respectfully submitted
Dated: January 12, 2018

By: Julio Mayen, Plaintiff

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT

Page **3** of **4**

**Proof of Service**

I certify that I have served a copy of **PLAINTIFF'S RESPONSE IN OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO DISMISS OR FOR A MORE DEFINITIVE STATEMENT AND REQUEST FOR JUDICICIAL NOTICE** on January 12, 2018 by First Class Mail to:

**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA  90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

By: Julio Mayen, Plaintiff
15335 Castle Peak Lane
Jamul, CA  91935

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT

Page 4 of 4

FILED

18 JAN 12 PM 2:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Julio Mayen
   15335 Castle Peak Lane
2  Jamul, CA 91935
   (619) 937-2307
3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9

10          **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **JULIO MAYEN** | **CASE: 3:17−cv−00050−JLS−MDD** |
| *Plaintiff,* | |
| vs. | **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| **New Penn Financial, LLC, dba** | |
| **Shellpoint Mortgage Servicing** | |
| *Defendant* | |
| | Hearing Date: |
| | DATE:  February 15, 2018 |
| | TIME:  1:30 pm |
| | Crtrm.:  4D |
| | **Action Filed: January 11, 2017** |
| | **Trial Date: None Set** |
| | **TRIAL BY JURY DEMANDED** |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT:**

Plaintiff specifically and purposefully objects to Defendant/ Shellpoint's untimely Reply (Dkt 24) dated January 5, 2018 in its entirety as it is untimely and should be denied by the Court.   If the Court does consider Defendant/ Shellpoint's untimely reply, it should be rejected as Defendant/ Shelpoint's arguments are meritless.

Defendant/ Shellpoint's reply was filed after the deadline date of January 4, 2018 as ordered by the Court on November 6, 2017, (Dkt 20).

Defendant/ Shellpoint's January 5, 2018 reply is late and should be stricken as it is time barred pursuant to the United States District Court Southern District of California, Local Rule 7.1 e 3.

Defendant/ Shellpoint in their untimely response (Dkt 24, pg 2, footnote 1) attempt once again to bamboozle and deceive the Court; this time into believing that the Plaintiff did not serve the Defendant/ Shellpoint, Plaintiff's opposition in a timely manner and that Defendant/ Shellpoint did not receive notice until January 4, 2018

1   giving them a reason to file LATE.  This is **_NOT_** true and not supported by any

2   facts by the Defendant/ Shellpoint, (Exhibit 26-A, 26-B, 26-C and 26-D).

3

4

5   Plaintiff's facts prove that the Defendant/ Shellpoint has not been truthful in their

6   untimely reply (Dkt 24) alleging that Plaintiff failed to timely serve his opposition

7

8   to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt 15),

9   (Exhibits 26-A, 26-B and 26-C).

10

11

12   Plaintiff served Defendant/Shellpoint his opposition on December 28, 2017 at 4:46

13   PM when placed in the custody of the U.S. Postal Service, (Exhibit 26-B and 26-

14

15   C).

16

17

18   Defendant/ Shellpoint received Plaintiff's opposition on January 3, 2018 at 12:29

19   PM as supported by Exhibit 26-C.

20

21

22   Defendant did not submit their reply on time pursuant to United States District

23   Court Southern District of California Local Rule 7.1 e 3.

24

25

26   Defendant/ Shellpoint has no excuse as they are represented by a professional legal

27   firm that has full access beyond what a pro se has plus 24 hour access to the

28

Court's electronic filing system which allows the Defendants/ Shellpoint up until

11:59 PM to file documents; (Plaintiff does not enjoy these benefits).

Defendant/ Shellpoint failed to reply by the Court mandated reply date of January

4, 2018.

Facts show that Plaintiff executed procedure properly and that the Defendant had

plenty of time to reply timely yet they failed to do so, (Exhibit 26-A, 26-B, 26-C

and 26-D).

Evidence shows that Defendant/ Shellpoint received Plaintiff's opposition via

USPS on January 3, 2018 at 12:29PM, one day before they allege as proved by

Plaintiff's supporting evidence, (Exhibit 26-C).

This type of behavior coming from an allegedly professional fully equipped law

firm with all of the tools and assets available to them is disgusting and inexcusable.

Plaintiff mailed Defendant a true, correct and Court stamped copy of his filed

opposition via the US Postal Service with certified tracking #

1  70162140000002274639 on December 28, 2017 at 4:16 PM, (Exhibit 26-A, 26-B,

2  26-C and 26-D).

3

4

5  The following is the link to the US Postal Service (USPS) website confirming

6  Plaintiff's facts that Defendant received Plaintiff's opposition before they allege

7
8  and had plenty of time as a professional attorney firm (Dkt 20) to respond on time

9  to the Court's mandated time line especially knowing that they had plenty of

10  advanced notice.

11

12

13  Defendant/ Shellpoint chose not to do so; this is UNACCEPTABLE!

14
15  https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=

16  &tLabels=70162140000002274639%2C

17

18

19  The above link and supporting evidence shows that the Defendant/ Shellpoint

20  received Plaintiff's opposition on January 3, 2018 at 12:29 PM, (Exhibit 26-C).

21
22  Could the Defendant/ Shellpoint's statements in their reply (Dkt 24) contradicting

23  this fact be construed as Fraud upon the court??? If so, I move the court for a

24  detailed explanation on this issue.

25

26

27

28

1   Plaintiff at this time would like to move the Court to sanction the Defendant/

2   Shellpoint as such and for their intentional abuse and disregard of the Court rules

3
    and ethics pursuant to FRCP 12(f).
4

5

6   Plaintiff properly mailed Defendant his opposition on December 28, 2017 as stated

7
    in his Proof of Service filed with the Court on December 28, 2017, (Exhibit 26-A,
8

9   26-B, 26-C and 26-D).

10

11

12  **WHEREFORE**, Plaintiff moves the court to strike Defendant/ Shellpoint's Reply

13
    supporting its motion to dismiss Plaintiff's First Amended Complaint or for a more
14

15  definite statement (Dkt 24).

16

17                              Respectfully submitted
18                              Dated: January 12, 2018

19

20
                               By: Julio Mayen, Plaintiff
21

22

23

24

25

26

27

28

**Proof of Service**

1

2

3    I certify that I have served a copy of **PLAINTIFF'S RESPONSE IN**
     **OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO**
4    **DISMISS OR FOR A MORE DEFINITIVE STATEMENT AND REQUEST**
5    **FOR JUDICICIAL NOTICE** on January 12, 2018 by First Class Mail to:

6

7    **AKERMAN LLP**
     PRESTON K. ASCHERIN (SBN 260361)
8    Email: preston.ascherin@akerman.com
9    PARISA JASSIM (SBN 273915)
     Email: parisa.jassim@akerman.com
10   601 West Fifth Street, Suite 300
11   Los Angeles, CA  90071
     Telephone: (213) 688-9500
12   Facsimile: (213) 627-6342
13

14   Attorneys for Defendant
15   NEW PENN FINANCIAL, LLC dba
     SHELLPOINT MORTGAGE SERVICING
16

17

18                              By: /Julio Mayen, Plaintiff
19                              15335 Castle Peak Lane
20                              Jamul, CA  91935

21

22

23

24

25

26

27

28

# Exhibit "26-A"

# Exhibit "26-A"

Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935
(619) 937-2307



DEC 2 8 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO MAYEN** | **CASE: 3:17−cv−00050−JLS−MDD** |
| *Plaintiff,* | |
| vs. | **PLAINTIFF'S RESPONSE IN OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO DISMISS OR FOR A MORE DEFINITIVE STATEMENT AND OBJECTION TO DEFENDANT'S REQUEST FOR JUDICICIAL NOTICE EXHIBITS** |
| **New Penn Financial, LLC, dba** | |
| **Shellpoint Mortgage Servicing** | |
| *Defendant* | |
| | Hearing Date: |
| | DATE:   January 11, 2018 |
| | TIME:    1:30 pm |
| | Crtrm.:   4D |
| | |
| | **Action Filed: January 11, 2017** |
| | **Trial Date: None Set** |
| | |
| | **TRIAL BY JURY DEMANDED** |

PLAINTIFF'S RESPONSE IN OPPOSITION AND OBJECTION TO DEFENDANT'S MOTION TO DISMISS
OR FOR A MORE DEFINITIVE STATEMENT AND OBJECTION TO DEFENDANT'S REQUEST FOR
JUDICICIAL NOTICE EXHIBITS

```
            DOWNTOWN SAN DIEGO
                 815 E ST
                SAN DIEGO
                    CA
                92101-9998
                0567300101
12/28/2017   (800)275-8777   4:17 PM
Product              Sale       Final
Description          Qty        Price

First-Class           1         $1.82
Mail
Large Envelope
    (Domestic)
    (LOS ANGELES, CA  90071)
    (Weight:0 Lb 4.10 Oz)
    (Estimated Delivery Date)
    (Saturday 12/30/2017)
Certified             1         $3.35
    (@@USPS Certified Mail #)
    (70162140000002274639)

Total                           $5.17

Debit Card Remit'd              $5.17
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX7112)
    (Approval #:      )
    (Transaction #:376)
    (Receipt #:004831)
    (Debit Card Purchase:$5.17)
    (Cash Back:$0.00)


******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
******************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

LOS ANGELES, CA 90071

Certified Mail Fee   $3.35                              0101
$                                                         17
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage          $1.82
$
Total Postage and Fees   $5.17
$
Sent To  Akerman LLP / Parissa Jassim
Street and Apt. No., or PO Box No.  601 W. 5th Street, Ste 800
City, State, ZIP+4  Los Angeles, CA  90071

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 2140 0000 0227 4639

# Exhibit "26-C"

# Exhibit "26-C"

# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70162140000002274639

Remove ✕

Your item was delivered to the front desk or reception area at 12:29 pm on January 3, 2018 in LOS ANGELES, CA 90071.

 **Delivered**

January 3, 2018 at 12:29 pm
DELIVERED, FRONT DESK/RECEPTION
LOS ANGELES, CA 90071

Get Updates ∨

---

**Text & Email Updates**                                                  ∨

---

**Tracking History**                                                      ∧

**January 3, 2018, 12:29 pm**
Delivered, Front Desk/Reception
LOS ANGELES, CA 90071
Your item was delivered to the front desk or reception area at 12:29 pm on January 3, 2018 in LOS ANGELES, CA 90071.

**December 30, 2017, 12:03 pm**
In Transit to Destination
On its way to LOS ANGELES, CA 90071

**December 30, 2017, 10:32 am**
Business Closed
LOS ANGELES, CA 90071

December 29, 2017, 6:03 pm
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

December 29, 2017, 12:46 pm
In Transit to Destination
On its way to LOS ANGELES, CA 90071

December 29, 2017, 12:40 pm
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

December 28, 2017, 8:46 pm
Arrived at USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

December 28, 2017, 5:19 pm
Departed Post Office
SAN DIEGO, CA 92101

December 28, 2017, 4:16 pm
USPS in possession of item
SAN DIEGO, CA 92101

**Product Information** ⌄

**See Less ⌃**

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking
questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com/entreg**

**/RegistrationAction_input?app=UspsTools&**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through our automated equipment.

(https://www.usps.com/)

**HELPFUL LINKS**

Contact Us (https://www.usps.com/help/welcome.htm)

Site Index (https://www.usps.com/globals/site-index.htm)

FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)

Newsroom (http://about.usps.com/news/welcome.htm)

USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm)

Forms & Publications (http://about.usps.com/forms-publications/welcome.htm)

Government Services (https://www.usps.com/gov-services/gov-services.htm)

Careers (http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway (https://gateway.usps.com/)

Postal Inspectors (https://postalinspectors.uspis.gov/)

Inspector General (http://www.uspsoig.gov/)

Postal Explorer (http://pe.usps.gov/)

National Postal Museum (http://www.postalmuseum.si.edu/)

Resources for Developers (https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)

Terms of Use (http://about.usps.com/termsofuse.htm)

FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)

No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2018 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)    (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)

# Exhibit "26-D"

# Exhibit "26-D"

