**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
ALICIA Y. HOU (SBN 254157)
Email: alicia.hou@akerman.com
601 West 5th Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>  Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>  Defendants | Case No. 3:17-CV-0050-JLS-MDO<br>Assigned to the Hon. Janis L. Sammartino<br><br>**DECLARATION OF PRESTON K. ASCHERIN IN SUPPORT OF DEFENDANT SHELLPOINT MORTGAGE SERVICING'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE SHELLPOINT'S REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Date:   February 15, 2018<br>Time:   1:30 p.m.<br>Crtrm.: 4D<br><br>Complaint Filed:   January 11, 2017<br>Trial Date:   None |

1
CASE NO. 3:17-CV-0050-JLS-MDO
**DECLARATION OF PRESTON K. ASCHERIN
IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

## DECLARATION OF PRESTON K. ASCHERIN

I, Preston K. Ascherin, declares as follows:

1. I am an attorney at law, duly licensed to practice before this court. I am a resident of the State of California and am over eighteen years of age. I have personal knowledge of the facts set forth in this declaration, and I can and will competently testify to such facts under oath.

2. I am a partner with Akerman LLP, attorneys of record for defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing's in the above-captioned action. I make this declaration in support of Shellpoint's opposition to plaintiff Julio Mayen's motion to strike Shellpoint's reply supporting its motion to dismiss plaintiff's first amended complaint.

3. On October 10, 2017, Shellpoint filed its motion to dismiss plaintiff's first amended complaint. The hearing on that motion was set for November 16, 2017.

4. At plaintiff's request, and to allow him additional time oppose Shellpoint's motion, the parties stipulated to continue that hearing. The Court granted the parties' stipulation and re-set Shellpoint's motion for hearing on January 11, 2018. Plaintiff's opposition was to be filed by December 28, 2017. Shellpoint's reply was to be filed by January 4, 2018.

5. As of the morning of January 3, 2018, I made internal inquiry at my office regarding receipt of plaintiff's opposition due for filing December 28, 2017. According to my office staff, the opposition had not been received.

6. Still having no indication plaintiff had filed or served an opposition, my office filed a notice of plaintiff's non-opposition at 9:46 a.m on January 4, 2018.

7. Thirty-four minutes later, my office received an ECF notification reflecting plaintiff's opposition had been filed December 28, 2017. Although my staff was able to download the opposition at that point, we still had no indication we had received service from plaintiff.

///

2

Case No. 3:17-CV-0050-JLS-MDO
DECLARATION OF PRESTON K. ASCHERIN
IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

8. At some point on January 4, 2018, my office received plaintiff's mailed opposition. Received documents are generally scanned to our digital file management system within a few hours. The opposition was scanned into our system at 4:24 p.m. on January 4, 2018.

9. I looked up the USPS tracking information for plaintiff's opposition, which was sent by certified mail. According to USPS' website, the opposition was mailed on December 28, 2017 and delivered to "Front Desk/Reception" at 12:29 p.m. on January 3, 2018. My office's front desk delivery log does not reflect receipt of any direct delivery related to this matter that date.

10. I have been unable to identify specifically when and how plaintiff's opposition arrived at my office. On information and belief after investigation, plaintiff's opposition was delivered to the desk of my building's central lobby on January 3, 2018 and walked to my office at some point in the afternoon of January 4, 2018.

11. As of the time of filing the notice of non-opposition, I had no knowledge plaintiff's opposition was in the building, nor did any staff inquired with. As far as we knew, plaintiff had not opposed Shellpoint's motion to dismiss. As far as we now know, his opposition had not yet reached our office. As of the time of filing the reply, I was not yet aware we had finally received plaintiff's mailed opposition (hence footnote 1 of the reply indicating an apparent lack of service).

12. Plaintiff's motion to strike now at issue was apparently mailed in the same manner as his opposition—USPS certified mail. I looked up the USPS tracking information for plaintiff's motion to strike. According to USPS' website, the motion was mailed on January 12, 2018 and delivered twelve days later on January 24, 2018.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

This declaration was executed on February 1, 2018 at Los Angeles, California.

                                          */s/ Preston K. Ascherin*
                                          Preston K. Ascherin

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 601 West 5th Street, Suite 300, Los Angeles, CA 90071.

On **February 1, 2018**, I served the following documents

**DECLARATION OF PRESTON K. ASCHERIN IN SUPPORT OF DEFENDANT SHELLPOINT MORTGAGE SERVICING'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE SHELLPOINT'S REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Telephone/ Facsimile/Email | Party |
|---|---|---|
| Julio Mayen<br>15335 Castle Peak Lane<br>Jamul, CA 91935 | Tel: 619.937.2307<br>email: ekultan@gmail.com | *Plaintiff in Pro Per* |

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 1, 2018, at Los Angeles, California.

Suzanne I. Jimenez
(Type or print name)

_____
(Signature)

---

1

Case No. 3:17-CV-0050-JLS-MDO

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S UNTIMELY REPLY SUPPORTING ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT**

43902223;1