UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>                              Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>                              Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 26) |

Presently before the Court is Plaintiff's Motion to Strike.  (ECF No. 26.)  On its own motion, the Court **VACATES** the hearing on Plaintiff's motion, presently set for February 15, 2018 at 1:30 p.m., and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  February 9, 2018

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge

1