1  Julio Mayen
2  15335 Castle Peak Lane
   Jamul, CA 91935
3  (619) 937-2307

FILED
JUN 15 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Julio Mayen | CASE: 3:17-cv-00050-JLS-MDD |
|---|---|
| *Plaintiff,* | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO SUBMIT SECOND AMENDED COMPLAINT** |
| vs. | |
| NEW PENN FINANCIAL, LLC, dba SHELLPOINT MORTGAGE SERVICING | Complaint Filed:  January 11, 2017<br>Current Deadline: June 20, 2018<br>New Deadline:     July 23, 2018 |
| *Defendant* | **TRIAL BY JURY DEMANDED** |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Julio Mayen and defendant New Penn Financial, LLC., (dba) Shellpoint Mortgage Servicing (**Shellpoint**) hereby stipulate as follows:

**WHEREAS,** The court ruled on defendants 12(b)(6) Motion to dismiss Plaintiff's FDCPA and ROSENTHAL claims on May 30, 2018;

**WHEREAS,** Plaintiff's deadline to respond with a second amended complaint was June 20, 2018;

**WHEREAS**, the parties agree to a 31 day extension of Plaintiff's deadline to respond to the court's May 30, 2018 order allowing Plaintiff leave to amend his complaint.

**NOW THEREFORE**, the parties stipulate that Plaintiff shall have until July 23, 2018 to respond to the court's May 30, 2018 order.

**IT IS SO STIPULATED.**

Dated: June 15, 2018

**JULIO MAYEN**

By: *Julio Mayen*
By: Julio Mayen, Plaintiff

Dated: June 15, 2018

**AKERMAN LLP**

By:  /s/ Parisa Jassim
Parisa Jassim
Attorney for Defendant

## Proof of Service

I CERTIFY THAT I HAVE SERVED A COPY OF PLAINTIFF'S STIPULATION TO EXTEND TIME TO SUBMIT FIRST AMENDED COMPLAINT ON JUNE 15, 2018 BY FIRST CLASS MAIL AND EMAIL TO:

**AKERMAN LLP**

PRESTON K. ASCHERIN (SBN 260361)

Email: preston.ascherin@akerman.com

PARISA JASSIM (SBN 273915)

Email: parisa.jassim@akerman.com

601 West Fifth Street, Suite 300
Los Angeles, California 90071

Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

By: Julio Mayen, Plaintiff
15335 Castle Peak Lane
Jamul, CA 91935

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Mayen<br><br>*Plaintiff,*<br><br>vs.<br><br>NEW PENN FINANCIAL, LLC, dba SHELLPOINT MORTGAGE SERVICING<br><br>*Defendant* | Case No.: 3:17-CV-00050 JLS (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 30) |

Presently before the Court is the parties' Stipulation to Extend Time for Plaintiff to Submit Second Amended Complaint. (ECF No. 30). Plaintiff's deadline to file a second amended complaint was June 20, 2018, but the parties jointly request for this deadline to be extended to July 23, 2018. Good cause appearing, the Court **GRANTS** the parties' joint Motion (ECF No. 30). Accordingly, Plaintiff **SHALL** file his second amended complaint on or before July 23, 2018.

**IT IS SO ORDERED.**

Dated: June 21, 2018

                                                Hon. Janis L. Sammartino
                                                United States District Judge