UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(ECF No. 30) |

　　　Presently before the Court is the Parties' Joint Motion to Extend Time for Plaintiff to Submit Second Amended Complaint, (ECF No. 30.)  The Parties request the Court extend Plaintiff's deadline to file a Second Amended Complaint to July 23, 2018. (*Id.* at 2.)  Good cause appearing, the Court **GRANTS** the Parties' Joint Motion, (ECF No. 30). Accordingly, Plaintiff **SHALL FILE** his Second Amended Complaint on or before July 23, 2018.

　　　**IT IS SO ORDERED.**

Dated:  June 21, 2018

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge