| | |
|---|---|
| 1 | **AKERMAN LLP** |
| 2 | PRESTON K. ASCHERIN (SBN 260361)<br>Email: preston.ascherin@akerman.com |
| 3 | PARISA JASSIM (SBN 273915)<br>Email: parisa.jassim@akerman.com |
| 4 | 601 West 5th Street, Suite 300<br>Los Angeles, California 90071 |
| 5 | Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342 |
| 6 | Attorneys for Defendant |
| 7 | NEW PENN FINANCIAL, LLC dba<br>SHELLPOINT MORTGAGE SERVICING |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO MAYEN, | Case No. 3:17-CV-0050-JLS-MDO |
| Plaintiff, | Assigned to the Hon. Janis L. Sammartino |
| v. | **DEFENDANT SHELLPOINT MORTGAGE SERVICING'S NOTICE OF EX PARTE APPLICATION FOR AN ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION FOR FAILURE TO AMEND** |
| NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Defendants | [Filed concurrently with Memorandum of Points and Authorities; Declaration of Parisa Jassim and Proposed Order] |
| | Complaint Filed:  January 11, 2017<br>Trial Date:  None |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**), moves the Court, by way of ex parte, for an order dismissing plaintiff Julio Mayen's (**plaintiff**) entire action with prejudice for failure to file a second amended complaint within the time allowed by the Court. Shellpoint's application is made pursuant to Fed. Rules Civ. Proc. Rule 41(b) and the Court's order, Dkt. No. 31.

As set forth in the Declaration of Parisa Jassim, prior to filing, counsel for Shellpoint provided notice of this ex parte application by e-mail—after making unsuccessful attempts to reach plaintiff by phone, advising plaintiff of Shellpoint's ex parte application and the grounds upon which it would be based. (*See* Declaration of Parisa Jassim (**Jassim Decl**.), ¶¶ 6-7.)

This application is made for good cause, as set forth in the memorandum of points and authorities attached hereto, the Declaration of Parisa Jassim filed concurrently herewith, the records and files of this Court, and such further evidence and argument as may be presented prior to or at the time of the hearing on the application.

Dated: August 1, 2018                          Respectfully submitted,

**AKERMAN LLP**

By: */s/ Preston K. Ascherin*
      Preston K. Ascherin
      Parisa Jassim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

AKERMAN LLP
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On **August 1, 2018**, I served the following documents by placing a true copy thereof in a sealed envelope(s)

**DEFENDANT SHELLPOINT MORTGAGE SERVICING'S NOTICE OF EX PARTE APPLICATION FOR AN ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION FOR FAILURE TO AMEND**

on the persons below as follows:

Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935
Telephone: 619-937-2307

*Plaintiff In Pro Per*

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 627-6342. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY ELECTRONIC SERVICE**: Complying with Code of Civil Procedure § 1010.6, I caused such document(s) to be electronically served on the party identified and no error was received when transmitted.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL/MESSENGER SERVICE**: Delivery was made to the attorney or at the attorney's office by serving the documents in an envelope or package addressed and identifying the attorney at the addresses listed above and/or by leaving with a receptionist or an individual in charge of the office.

☒ **BY CM/ECF ELECTRONIC FILING:** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 1, 2018**, at Los Angeles, California.

_____            _____
       Suzanne I. Jimenez                              (Signature)
      (Type or print name)

AKERMAN LLP
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2
DEFENDANT'S NOTICE OF EX PARTE APPLICATION
CASE NO. 3:17-CV-0050-JLS-MDO