**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West 5th Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>  Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>  Defendants | Case No. 3:17-CV-0050-JLS-MDO<br><br>Assigned to the Hon. Janis L. Sammartino<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SHELLPOINT MORTGAGE SERVICING'S EX PARTE APPLICATION FOR AN ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION FOR FAILURE TO AMEND**<br><br>[Filed concurrently with Notice; Declaration of Parisa Jassim and Proposed Order]<br><br>Complaint Filed:  January 11, 2017<br>Trial Date:           None |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. PLAINTIFF FAILED TO FILE AN AMENDED COMPLAINT WITHIN THE TIME ALLOWED BY THIS COURT

Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) filed a motion to dismiss plaintiff Julio Mayen's (**plaintiff**) first amended complaint (**FAC**), taken under submission by this Court on January 11, 2018. The Court granted Shellpoint's motion to dismiss and dismissed plaintiff's FAC granting plaintiff twenty-one (21) days from May 29, 2018 to file a second amended complaint (**SAC**). (Jassim Decl., ¶ 3.) The Court's order further stated failure to file within the specified time period may result in the case being dismissed with prejudice. (Dkt. No. 29.)

On June 15, 2018, following plaintiff's request for an extension, the parties filed a joint stipulation extending plaintiff's deadline to file a SAC up to and including July 23, 2018. (Jassim Decl., ¶ 4) The Court granted the parties stipulation. (Dkt. No. 31) If plaintiff wished to pursue his case, plaintiff was required to file a SAC no later than July 23, 2018. Plaintiff failed to do so. As of August 1, 2018, Shellpoint has not been served with, and the Court's online docket does not reflect a SAC filing by plaintiff. (Jassim Decl., ¶ 5)

Pursuant to Fed. Rules of Civ. Proc. Rule 41(b), if plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.

Here, plaintiff was provided with notice of Shellpoint's ex parte application. Pursuant to Local Rule 83.3(g), counsel for Shellpoint attempted to reach plaintiff by telephone and sent an e-mail providing the date Shellpoint would be filing its ex parte application and the grounds upon which it is based. (Jassim Decl., ¶¶ 6-7)

The Court has authority to dismiss plaintiff's action following his failure to timely file an amended complaint. Shellpoint respectfully requests the Court exercise that authority and dismiss with prejudice.

AKERMAN LLP
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## II. CONCLUSION

This Court should dismiss the action with prejudice due to plaintiff's failure to file a SAC within the time period of leave to amend granted by the Court based on the parties joint stipulation.

Dated: August 1, 2018

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Preston K. Ascherin*
    Preston K. Ascherin
    Parisa Jassim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On **August 1, 2018**, I served the following documents by placing a true copy thereof in a sealed envelope(s)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SHELLPOINT MORTGAGE SERVICING'S EX PARTE APPLICATION FOR AN ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION FOR FAILURE TO AMEND**

on the persons below as follows:

Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935
Telephone: 619-937-2307

*Plaintiff In Pro Per*

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 627-6342. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY ELECTRONIC SERVICE**: Complying with Code of Civil Procedure § 1010.6, I caused such document(s) to be electronically served on the party identified and no error was received when transmitted.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL/MESSENGER SERVICE**: Delivery was made to the attorney or at the attorney's office by serving the documents in an envelope or package addressed and identifying the attorney at the addresses listed above and/or by leaving with a receptionist or an individual in charge of the office.

☒ **BY CM/ECF ELECTRONIC FILING:** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 1, 2018**, at Los Angeles, California.

_____
Suzanne I. Jimenez
(Type or print name)

*/s/ Suzanne I. Jimenez*
(Signature)

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX (213) 627-6342

45940295;1

2
PROOF OF SERVICE

CASE NO. VC066272