**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West 5th Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants | Case No. 3:17-CV-0050-JLS-MDO<br><br>Assigned to the Hon. Janis L. Sammartino<br><br>**DECLARATION OF PARISA JASSIM IN SUPPORT OF DEFENDANT SHELLPOINT MORTGAGE SERVICING'S EX PARTE APPLICATION FOR AN ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION FOR FAILURE TO AMEND**<br><br>[Filed concurrently with Ex Parte Application; Memorandum of Points and Authorities and Proposed Order]<br><br>Complaint Filed: January 11, 2017<br>Trial Date: None |

## DECLARATION OF PARISA JASSIM

I, Parisa Jassim, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California, before the United States District Court for the Northern, Central, Eastern, and Southern Districts of California, and before the United States Court of Appeals for the Ninth Circuit. I have personal knowledge of the facts set forth in this declaration, and I can and will competently testify to such facts under oath.

2. I am an attorney at Akerman LLP, attorneys of record for defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**), in the above-captioned action. I make this declaration in support of Shellpoint's ex parte application for an order dismissing plaintiff's entire action with prejudice.

3. On January 11, 2018, this Court took Shellpoint's motion to dismiss plaintiff's first amended complaint under submission and subsequently issued an order dated May 29, 2018 granting Shellpoint's motion to dismiss plaintiff's first amended complaint without prejudice, granting plaintiff 21 days to file an amended complaint.

4. Following plaintiff's request for an extension, the parties further extended plaintiff's deadline to file an amended complaint to July 23, 2018 by way of stipulation, which this Court granted.

5. As of August 1, 2018, Shellpoint has not been served with, and the Court's online docket does not reflect the filing of a second amended complaint.

6. On July 31, 2018, at 4:15 p.m., I attempted to reach plaintiff Julio Mayen at the telephone number listed on his pleading captions to notify him of Shellpoint's intent to apply ex parte for an order dismissing his entire action with prejudice, but was unable to reach him or leave a voicemail message because the line would disconnect after several rings.

7. On July 31, 2018, at 4:30 p.m., I sent an e-mail to plaintiff Julio Mayen notifying him of Shellpoint's intent to apply ex parte for an order dismissing his entire action with prejudice. The email provided the date I would be filing the ex parte and

AKERMAN LLP
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

the basis for Shellpoint's application. Attached hereto as **Exhibit A** is a true and correct copy of the July 31, 2018 e-mail correspondence.

8. As of August 1, 2018 at 1:00 p.m., I have not received a response from plaintiff to my e-mail correspondence.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on August 1, 2018 at Los Angeles, California.

                                */s/ Parisa Jassim*
                                Parisa Jassim, Declarant

**AKERMAN LLP**
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# EXHIBIT A

## Jassim, Parisa (Assoc-Lax)

| | |
|---|---|
| **From:** | Jassim, Parisa (Assoc-Lax) |
| **Sent:** | Tuesday, July 31, 2018 4:30 PM |
| **To:** | 'Julio M.' |
| **Cc:** | Ascherin, Preston (Ptnr-Lax) |
| **Subject:** | Mayen v. New Penn Financial - Ex Parte Notice |

Mr. Mayen,

I've been attempting to reach you by telephone but haven't been able to reach you or a voicemail box—the line for some reason simply disconnects after several rings. Your second amended complaint was due on July 23 (per our joint stipulation giving you an extension) but, to date, our office has not been served with the complaint nor does it seem one has been filed with the court. We intend to file an ex parte application tomorrow seeking a dismissal of the lawsuit based on the failure to timely file the amended complaint. My understanding is the application will not be heard orally, so there is no hearing date. Please feel to reach out if you'd like to further discuss.

Thanks very much,

**Parisa Jassim**
Associate, Consumer Financial Services Practice Group
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
D: 213 533 5914 | T: 213 688 9500 | F: 213 627 6342
parisa.jassim@akerman.com

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On **August 1, 2018**, I served the following documents by placing a true copy thereof in a sealed envelope(s)

**DECLARATION OF PARISA JASSIM IN SUPPORT OF DEFENDANT SHELLPOINT MORTGAGE SERVICING'S EX PARTE APPLICATION FOR AN ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION FOR FAILURE TO AMEND**

on the persons below as follows:

> Julio Mayen
> 15335 Castle Peak Lane
> Jamul, CA  91935
> Telephone:  619-937-2307
>
> *Plaintiff In Pro Per*

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 627-6342. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY ELECTRONIC SERVICE**: Complying with Code of Civil Procedure § 1010.6, I caused such document(s) to be electronically served on the party identified and no error was received when transmitted.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL/MESSENGER SERVICE**: Delivery was made to the attorney or at the attorney's office by serving the documents in an envelope or package addressed and identifying the attorney at the addresses listed above and/or by leaving with a receptionist or an individual in charge of the office.

☒ **BY CM/ECF ELECTRONIC FILING:** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 1, 2018**, at Los Angeles, California.

Suzanne I. Jimenez
(Type or print name)

*/s/ Suzanne I. Jimenez*
(Signature)

AKERMAN LLP
601 WEST 5TH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2
CASE NO. 3:17-CV-0050-JLS-MDO
DECLARATION OF PARISA JASSIM IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION