1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

JULIO MAYEN,

Case No.: 17-CV-50 JLS (MDD)

12
                                    Plaintiff,

**ORDER TO SHOW CAUSE**

13

v.

14

NEW PENN FINANCIAL, LLC,

15
                                    Defendant.

16

17      On May 29, 2018, the Court granted Defendant New Penn Financial, LLC's motion
18  to dismiss and dismissed without prejudice Plaintiff Julio Mayen's First Amended
19  Complaint. (*See generally* ECF No. 29.) The Court allowed Plaintiff, proceeding pro se,
20  leave to amend his complaint within twenty-one days. (*Id.* at 16.) The Court further
21  warned Plaintiff that "[f]ailure to file an amended complaint within the time period may
22  result in this case being dismissed with prejudice." (*Id.*) On June 15, 2018, the parties
23  filed a joint motion to extend time to file a second amended complaint, (ECF No. 30),
24  which the Court granted, (ECF No. 31). The Court extended Plaintiff's deadline to file to
25  July 23, 2018. (ECF No. 31, at 1.) That deadline has passed without Plaintiff filing an
26  amended complaint.
27      Federal Rule of Civil Procedure 41(b) provides that, "[i]f the plaintiff fails to
28  prosecute . . . , a defendant may move to dismiss the action or any claim against it." Despite

17-CV-50 JLS (MDD)

1    the Rule's suggestion that dismissal under Rule 41(b) is only appropriate on a defendant's

2    motion, "[t]he district court has the inherent power sua sponte to dismiss a case for lack of

3    prosecution."  *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (citing *Ash v.*

4    *Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984)); *see also Link v. Wabash R.R. Co.*, 370 U.S.

5    626, 630–31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution

6    has generally been considered an 'inherent power,' governed not by rule or statute but by

7    the control necessarily vested in courts to manage their own affairs so as to achieve the

8    orderly and expeditious disposition of cases.").

9        The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this case should not be

10   dismissed for failure to file an amended complaint.  This Order constitutes notice to

11   Plaintiff that if he fails to respond or file a third amended complaint within thirty (30) days

12   of the date on which this Order is electronically docketed, the Court **WILL DISMISS**

13   **WITHOUT PREJUDICE** this action *sua sponte*.

14       **IT IS SO ORDERED.**

15   Dated:  August 10, 2018

16                                              Hon. Janis L. Sammartino

17                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28

17-CV-50 JLS (MDD)