**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants | Case No. 3:17-CV-0050-JLS-MDD<br>Assigned to Hon. Janis L. Sammartino<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br><u>Documents Filed Herewith</u><br>1. Memorandum of Points and Authorities<br>2. Proof of Service<br><br><u>Hearing Date:</u><br>Date:    December 6, 2018<br>Time:    1:30 p.m.<br>Crtrm.:  4D<br><br>Complaint Filed:  January 11, 2017<br>FAC Filed:           September 20, 2017<br>SAC Filed:           September 10, 2018<br>Trial Date:           None |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** on December 6, 2018 at 1:30 p.m., or as soon thereafter as may be heard, in Courtroom 4D of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) will, and hereby does, move to dismiss plaintiff Julio Mayen's second amended complaint or for a more definite statement.

This motion is made pursuant to Federal Rules of Civil Procedure 8, 12(b)(6) and 12(e) on the grounds the second amended complaint fails to provide fair notice of the claims asserted, fails to state a claim upon which relief may be granted, and, in its entirety, is so vague and ambiguous Shellpoint cannot reasonably prepare a response. This motion is based on this notice, the attached memorandum of points and authorities, and arguments as may be presented at or before the hearing.

Dated: October 1, 2018

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Parisa Jassim*
    Preston K. Ascherin
    Parisa Jassim
Attorneys for Defendant
NEW PENN FINANCIAL, LLC
dba SHELLPOINT MORTGAGE SERVICING