UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 35) |

Presently before the Court is Defendant's Motion to Dismiss. (ECF No. 35.) On its own motion, the Court **VACATES** the hearing on Plaintiff's motion, presently set for December 6, 2018 at 1:30 p.m., and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　**IT IS SO ORDERED.**

Dated: November 30, 2018

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge