UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 17-CV-50 JLS (MDD)<br><br>**ORDER DENYING AS MOOT EX PARTE MOTION TO DISMISS**<br><br>(ECF No. 32) |

On August 1, 2018, Defendant filed an Ex Parte Motion to Dismiss Plaintiff's Entire Action for Failure to Amend Complaint, ECF No. 32. The Court issued an Order to Show Cause on August 10, 2018, stating that the Court would dismiss Plaintiff's entire action if Plaintiff failed to file an amended complaint within thirty days. Plaintiff has filed a Second Amended Complaint, ECF No. 34, and Defendant has filed a Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 35. Accordingly, Defendant's prior Motion to Dismiss, ECF No. 32, is **DISMISSED AS MOOT**.

　　**IT IS SO ORDERED.**

Dated: January 29, 2019

　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　United States District Judge