

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Mayen<br><br>                               **Plaintiff,**<br>V.<br>New Penn Financial, LLC, doing business as Shellpoint Mortgage Servicing<br><br>                               **Defendant.** | **Civil Action No.** 17CV0050-JLS(MDD)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is granted.

Date:   8/13/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

                                            J. Petersen, Deputy