# Notice of Appeal to Ninth Circuit Court of Appeals
# From Order of a United States District Court
# Southern District of California

United States District Court
Southern District of California
Case No: 3:17-cv-00050

**FILED**
Aug 23 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ AKR  DEPUTY

| | |
|---|---|
| Julio Mayen<br><br>*Plaintiff,*<br><br>vs.<br><br>NEW PENN FINANCIAL, LLC, dba SHELLPOINT MORTGAGE SERVICING<br><br>*Defendant* | **NOTICE OF APPEAL** |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Notice is hereby given that plaintiff Julio Mayen, in the above named case 3:17-cv-00050, herby appeals to the United States Court of Appeals for the Ninth Circuit from an Order granting Defendant's Motion to Dismiss dated August 12, 2019 (ECF: 41).

Date: August 23, 2019                    **JULIO MAYEN**

By: *Julio Mayen*
By: Julio Mayen, Plaintiff

**Proof of Service**

I CERTIFY THAT I HAVE SERVED A COPY OF PLAINTIFF'S NOTICE OF APPEAL BY PRIORITY MAIL VIA USPS NO: 9405 5036 9930 0093 1438 43, TO:

**AKERMAN LLP**

PRESTON K. ASCHERIN (SBN 260361)

Email: preston.ascherin@akerman.com

PARISA JASSIM (SBN 273915)

Email: parisa.jassim@akerman.com

601 West Fifth Street, Suite 300

Los Angeles, California 90071

Telephone: (213) 688-9500

Facsimile:  (213) 627-6342

Attorneys for Defendant
NEW PENN FINANCIAL, LLC dba
SHELLPOINT MORTGAGE SERVICING

By: *Julio Mayen* Julio Mayen, Plaintiff
16335 Castle Peak Lane
Jamul, CA  91935