| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 24 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JULIO MAYEN,

    Plaintiff-Appellant,

 v.

NEW PENN FINANCIAL, LLC, DBA Shellpoint Mortgage Servicing,

    Defendant-Appellee.

No. 19-55996

D.C. No. 3:17-cv-00050-JLS-MDD
Southern District of California,
San Diego

ORDER

Before:    FERNANDEZ, NGUYEN, and OWENS, Circuit Judges.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

Mayen's petition for rehearing en banc (Docket Entry No. 48) is denied.

No further filings will be entertained in this closed case.